# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV08- 221 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

The Humane Society of the United States

**DEFENDANTS**

Hallmark Meat Packing Company
Westland Meat Company Inc.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
District of Columbia

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Milbank, Tweed, Hadley, & McCloy LLP
1850 K Street, NW Suite 1100
Washington, D.C. 20006
(202) 835-7517

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
HSUS brings this action against defendants for their violations of the False Claims Act, 31 U.S.C. § 3729 et seq., in knowingly slaughtering and selling diseased cattle in violation of their government contracts.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:

EDCV08-0221

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b).  RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

   Humane Society of the United States, District of Columbia

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

   Hallmark Meat Packing Company, San Bernardino County
   Westland Meat Company Inc., San Bernardino County

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

   The only claim arose in San Bernardino County

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):**   *Alisa Schlesinger*                         Date  2/19/08

   **Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
   or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not
   filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions
   sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

Alisa Schlesinger
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017-5735
(213) 892-4357

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States ex rel.<br>The Humane Society of the United States,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Hallmark Meat Packing Company<br>Westland Meat Company, Inc.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV08-0221 VAP (OPx)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S): <u>Hallmark Meat Packing Company, Westland Meat Company, Inc.</u>

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Milbank, Tweed, et al._____, whose address is <u>601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017</u>_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

By: _____

Deputy Clerk

*(Seal of the Court)*

Dated: ___FEB 1 9 2008___

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

American LegalNet, Inc.<br>www.FormsWorkflow.com

COPY

1   AARON L. RENENGER, CA Bar No. 222675
    DAVID S. COHEN, Pro Hac Vice Pending
2   MILBANK, TWEED, HADLEY & MCCLOY LLP
    1850 K Street, NW, Suite 1100
3   Washington, DC 20006
    (202) 835-7517 (phone)
4   (202) 835-7586 (fax)
5
    Alisa Schlesinger, CA Bar No. 229474
6   MILBANK, TWEED, HADLEY & MCCLOY LLP
    601 South Figueroa Street, 30th Floor
7   Los Angeles, California 90017
    Telephone:    (213) 892-4000
8   Facsimile:    (213) 629-5063
9
10  PETER J. PETERSAN, DC Bar No. 487605
    LEANA E. STORMONT, VA Bar No. 71672
11  JONATHAN R. LOVVORN, CA Bar No. 187393
    THE HUMANE SOCIETY OF THE UNITED STATES
12  2100 L Street, NW
    Washington, DC 20037
13  (202) 955-3665 (phone)
    (202) 778-6132 (fax)
14  *Attorneys for relator plaintiff The Humane Society of the United States,*
15
16              UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  UNITED STATES OF AMERICA<br>Ex rel. | Civ. No. **EDCV08-0221 VAP** |
| 19  **THE HUMANE SOCIETY OF THE**<br>**UNITED STATES** | **FALSE CLAIMS ACT COMPLAINT**<br>**AND DEMAND FOR JURY TRIAL** |
| 20  2100 L STREET, NW<br>WASHINGTON, DC 20037 | **(OPx)** |
| | **FILED UNDER SEAL PURSUANT TO**<br>**31 U.S.C. § 3730(b)(2)** |
| 21 | |
| 22              Plaintiffs, | **DO NOT PLACE IN PRESS BOX**<br>**DO NOT ENTER ON PACER** |
| 23  **HALLMARK MEAT PACKING**<br>**COMPANY** | |
| 24  13677 YORBA AVENUE<br>CHINO, CA 91710 | |
| 25 | |
| 26  **WESTLAND MEAT COMPANY INC.**<br>13677 YORBA AVENUE | |
| 27  CHINO, CA 91710 | |
| 28              Defendants. | |

LA1:#6373406

-1-

**INTRODUCTION**

1.     Relator brings this action on behalf of the United States of America ("U.S.") to recover losses, damages, and civil penalties sustained as a result of defendant Hallmark Meat Packing Company's and defendant Westland Meat Company, Inc.'s (collectively "Defendants") fraud and violations of the False Claims Act. For years, Defendants knowingly purchased and slaughtered sick, injured, diseased, and disabled nonambulatory cattle and sold meat products derived from these unhealthy animals to the United States Department of Agriculture ("USDA") for distribution in the National School Lunch Program in violation of federal law and the express terms of their government contracts. Defendants caused false claims to be presented which Defendants knew were false and fraudulent, and intentionally concealed their illegal and fraudulent acts from the government, federal inspectors, and compliance auditors. As a result, Defendants wrongfully obtained payments from the government which they knew or should have known they were not entitled to receive by virtue of the fraud they were then and there committing.

2.     The false and fraudulent claims were in connection with bids and contracts defendant was awarded by the USDA to supply ground beef to the National School Lunch Program and other federal food programs. Between 2003 and 2008, Defendants were awarded federal contracts worth approximately $150 million. In 2007 alone, Defendants' federal contracts totaled $39.39 million.

3.     In October and November 2007, the Humane Society of the United States ("HSUS" or "relator") conducted an undercover investigation at Defendants' slaughter and processing establishment. For six weeks, an HSUS investigator was employed by Defendants as a "pen worker" in the live animal receiving and holding area. The HSUS investigator's job duties included unloading cattle from livestock trailers, handling cattle, driving cattle into the kill chute for slaughter, stunning cattle prior to slaughter, and maintaining records. During his tenure, the HSUS investigator witnessed and documented egregious acts of cruelty to cattle who were too sick or injured to stand or walk to slaughter on their own power. During his employment, the investigator observed illegal and inhumane animal handling practices daily. Standard animal

handling procedures included, but were not limited to, the following:

    a.   dragging disabled cattle with heavy metal chains attached to a forklift;

    b.   kicking animals in the face;

    c.   beating disabled animals;

    d.   ramming wooden paddles into animals' faces and eyes;

    e.   standing on the backs of disabled animals;

    f.   shocking the faces, eyes, and bodies of sick, injured, or disabled cows who were unable to move, causing the animals to bellow out in pain;

    g.   abandoning living animals on the "dead pile" and failing to provide timely euthanasia;

    h.   repeatedly shocking a cow with an electric prod until the animal collapsed; animals remaining in the chute were driven over the downed cow causing the cow to be trampled;

    i.   forcing a nonambulatory cow to crawl into the kill chute on her knees because she could not walk;

    j.   repeatedly slamming into disabled cows with a forklift while the cows flailed helplessly on the pavement, unable to right themselves;

    k.   running over disabled cows with a forklift;

    l.   hoisting disabled cows in the air with a forklift and dropping the animals onto the pavement;

    m.   injuring and maiming animals with the tines of the forklift;

    n.   slamming cattle against a railing and jamming the tines of the forklift into their sides; and

    o.   blasting disabled cows in the face with a high-pressure water hose for several consecutive minutes, simulating drowning, causing the cows to thrash and struggle for air.

In every instance, these and other illegal acts were perpetrated to force sick, injured, and/or disabled nonambulatory cattle to walk or, in some cases, crawl to the kill box to be slaughtered.

    4.   Cruelty at Defendants' facility was ubiquitous, habitual, and rote, and the HSUS investigation uncovered a systematic pattern and practice of illegal animal handling and slaughter of nonambulatory cattle. Defendants were fully aware of the illegality of their conduct and that such conduct violated their USDA contracts. Defendants openly trained personnel to alter their

1    conduct and standard practices in order to conceal routine illegal conduct from federal inspectors

2    and compliance auditors.

3        5.    Defendants falsely represented and warranted to the USDA that cattle were

4    humanely handled and that meat derived from nonambulatory cattle was not processed for

5    distribution by USDA through the National School Lunch Program. Defendants had actual

6    knowledge that nonambulatory animals were inhumanely handled and processed for human

7    consumption, that their representations of compliance were false, and that they were submitting

8    false or fraudulent representations of compliance. As a result of Defendants' fraud, for years,

9    school children and others have consumed Defendants' unsound, unfit, and unwholesome

10   commodities that were bought and paid for with federal funds.

11                          **NATURE OF ACTION**

12       6.    The HSUS brings this action on behalf of the U.S. against Defendants for treble

13   damages and civil penalties arising from the Defendants' false claims in violation of the False

14   Claims Act, 31 U.S.C. § 3729 *et seq.*, ("FCA"). The violations arise from more than 130

15   government contracts between Defendants and the USDA wherein Defendants were obligated to

16   supply frozen ground beef to the government. Defendants systematically breached these contracts

17   and falsely certified that animals were humanely handled and slaughtered, and that meat derived

18   from these animals was fit for human consumption. Defendants induced the government to enter

19   contracts based on false representations that core prerequisites related to humane handling and food

20   safety were satisfied and that goods were produced in compliance with USDA technical

21   requirements. In furtherance of the fraud, Defendants made false statements in annual certifications,

22   representations, and warranties causing false or fraudulent claims to be paid by the U.S. in violation

23   of 31 U.S.C. § 3729(a)(1) and 31 U.S.C. § 3729(a)(2).

24       7.    As required by 31 U.S.C. § 3730(b)(2), the relator has provided to the Attorney

25   General of the United States and to the United States Attorney for the Central District of California

26   a statement of all material evidence and information related to the complaint. This disclosure

27   statement is supported by material evidence, known to the relator, establishing the existence of

28   Defendants' false claims. Because the statement includes attorney-client communications and work

LA1:#6373406                                    -4-

1  product of relator's attorneys and is submitted to the Attorney General and to the United States

2  Attorney in their capacity as potential co-counsel in the litigation, the relator understands this

3  disclosure to be confidential.

4  ## JURISDICTION

5       8.     This action arises under the False Claims Act, 31 U.S.C. §§ 3729-3733. The Court

6  has subject matter jurisdiction to entertain this action under 28 U.S.C. § 1331 and 1345. This case

7  arises from Defendants' wrongful conduct in failing to satisfy obligations under contracts awarded

8  by the federal government. This Court has in personam jurisdiction over Defendants under 31

9  U.S.C. § 3732(a), which authorizes nationwide service of process.

10 ## VENUE

11      9.     Venue is proper in the Central District of California pursuant to 31 U.S.C. § 3732(a)

12 because Defendants transact business within this District and the acts proscribed by 31 U.S.C. §

13 3729 occurred within this District.

14 ## PARTIES

15      10.    Relator HSUS is a nonprofit animal protection organization headquartered in the

16 District of Columbia and incorporated in Delaware. HSUS is the largest animal protection

17 organization in the United States, representing 10.5 million members and constituents. HSUS

18 actively advocates against practices that injure, harass, or abuse animals, and provides the public

19 with information regarding inhumane treatment on a variety of topics, including the application

20 of state and federal laws that protect farm animals.

21      11.    The HSUS offers information regarding the inhumane treatment of animals on a

22 wide spectrum of topics including: the effects of intensive confinement and transport of farm

23 animals, public health problems associated with the practice of slaughtering diseased animals,

24 and other threats caused by current industrial farming and slaughter practices.

25      12.    Relator is an original source of this information to the U.S.  HSUS has direct and

26 independent knowledge of the information on which the allegations are based and has voluntarily

27 provided the information to the government before filing this action under the False Claims Act.

28      13.    The U.S., through the Agricultural Marketing Service ("AMS") division of the

1   USDA, regularly solicits bids and awards contracts for commodities including ground beef under

2   programs established by the National School Lunch Act and other feeding programs. Foods

3   purchased are provided to school children, needy families, the elderly, and the homeless through

4   federal assistance programs administered by the USDA's Food and Nutrition Service ("FNS").

5       14.     Defendant Hallmark Meat Packing Company ("Hallmark") is a partnership

6   organized under the laws of California with its principal place of business in the City of Chino,

7   California. At all times material to this civil action, Hallmark transacted business throughout the

8   United States and was a federally inspected slaughterhouse operating under USDA establishment

9   number 336-P336.

10      15.     Westland Meat Company, Inc. ("Westland") is a corporation organized under the

11  laws of California with its principal place of business in the City of Chino, California. Westland

12  was the third-largest supplier of frozen beef to the USDA's commodity procurement program last

13  year. At all times material to this civil action, Westland transacted business throughout the

14  United States and was a federally inspected processor operating under USDA establishment

15  number 336-P336.

16      16.     Hallmark and Westland (collectively "Hallmark/Westland" or "Defendants")

17  share the same physical address, the same principal place of business at 13677 Yorba Avenue in

18  the City of Chino in San Bernardino County, and the entities are treated as one by owners and

19  agents.

20      17.     The term "Defendants" refers collectively to the named Defendants acting by and

21  through their agents and employees. By engaging in the conduct described in this complaint,

22  employees were acting within the scope of their employment and respective agencies on behalf of

23  Defendants. At all relevant times, each Defendant was the authorized agent of the other

24  Defendant, acting with one another's knowledge and consent.

25                   **FALSE CLAIMS AND FRAUDULENT STATEMENTS**

26      A.      **Summary of Defendants' Fraudulent Conduct**

27      18.     The National School Lunch Program ("NSLP"), 42 U.S.C. §§ 1751-1769 provides

28  cash and commodities to assist states in providing nutritious lunches to school children free or at a

1   low cost. More than 31 million school children receive lunches through the program each school
2   day. To assist states in providing healthful, low-cost or free meals, the USDA provides states with
3   various commodities including ground beef. The AMS purchases commodities for distribution to
4   states through programs administered by the Food and Nutrition Service (FNS). AMS accepts bids
5   and awards and administers contracts. AMS, FNS, FSIS, and the Farm Service Agency (FSA) work
6   cooperatively to develop product specifications and quality assurance provisions for USDA
7   commodities. These standards, known as commodity specifications, address product attributes such
8   as nutrient content, production methods, and inspection requirements. AMS and FSA purchase
9   commodities by inviting vendors to participate in formally advertised competitive bidding. Vendors
10  must also comply with standards for responsibility contained in the Federal Acquisition Regulations
11  System, 48 C.F.R. Subpart 9.1. Purveyors of ground beef must operate under the Federal Meat
12  Inspection Act, 21 U.S.C. § 601 *et seq.*, and its implementing regulations.

13          19.     To become an eligible supplier, vendors must submit detailed technical proposals
14  prior to bidding. Technical proposals must provide detailed production information, quality
15  assurance methods used to verify conformance, corrective actions to be taken if and when deviations
16  from contractual requirements occur during production, and all preventative actions taken to
17  preclude a reoccurrence of the nonconformance. Once the contracting officer confirms that the
18  technical proposal meets applicable criteria, the vendor is contacted to set-up a pre-award onsite
19  capability assessment. The Audit, Review and Compliance Branch ("ARC") performs an onsite
20  assessment of facilities, processes, and quality control programs used in production to determine the
21  vendor's ability to meet contractual requirements. The on-site assessment reviews facilities and
22  processes as well as appropriate documents and forms. Documentation for beef vendors must support
23  compliance with the technical proposal and ARC reviews records related to purchasing, production
24  and quality control and conducts interviews with management and production personnel. Following
25  satisfactory completion of the onsite assessment, the vendor is eligible to bid.

26          20.     Thus, in order for Defendants to qualify as an eligible ground beef supplier,
27  Defendant must comply with the highly specific production and delivery requirements provided by
28  the USDA in the Technical Requirements Schedule, Ground Beef Items, Frozen, August 2007

LA1:#6373406                                    -7-

1    ("TRS"). *See* "Exhibit 1" attached and incorporated by reference as though fully set forth herein.

2    Supplier eligibility is expressly contingent on conforming product and production practices.

3    Specifically, the TRS provides that Defendants must have a documented quality control program that

4    includes procedures and records that demonstrate that all cattle are "humanely handled in accordance

5    with all applicable FSIS regulations, directives, and notices." Exhibit 1 at p. 1. Under the contracts,

6    suppliers are obligated to deliver conforming goods to recipients in various states on a specific date.

7    With respect to ground beef, the USDA requires bidders to certify, under penalty of perjury, that,

8    among other things, all cattle are handled and slaughtered humanely and that "meat from carcasses of

9    nonambulatory disabled cattle will not be included in USDA purchased ground beef products." *Id.*

10   Contractors must guarantee that the product complies with all contractual requirements. *Id.* at p. 12.

11          21.    At all times material to this complaint, Defendants held themselves out as a qualified

12   and eligible vendor even though Defendants knew their eligibility status was fraudulently obtained

13   and that compliance with the TRS was a total farce. In submitting each and every bid, Defendants

14   certified that all products conformed with the TRS even though Defendants were aware of substantial

15   deviations and nonconformance caused by, among other things, illegal animal handling and slaughter

16   methods.

17          22.    At all times material to this complaint, Defendants slaughtered and processed cattle

18   for human consumption at a federally inspected establishment and were subject to the Humane

19   Methods of Slaughter Act ("HMSA"), 7 U.S.C. §§ 1901-1907, and the Federal Meat Inspection Act

20   ("FMIA"), 21 U.S.C. § 601 *et seq.* and were required to handle and slaughter all cattle humanely. 7

21   U.S.C. § 1901; 21 U.S.C. § 603(b). On average, Defendants slaughtered 500 cows daily.

22          23.    All events underlying the fraud described herein took place at 13677 Yorba Avenue in

23   the City of Chino in San Bernardino County, unless stated to the contrary.

24          24.    From October 3, 2003 through January 16, 2008, Defendants were awarded at least

25   132 contracts with the USDA to supply beef for federal programs, including the NSLP. These

26   contracts resulted in remuneration to Defendants of approximately $150 million. The Federal

27   Procurement Data System summary contract award reports from January 16, 2008 to October 3, 2003

28   (in reverse chronological order) are attached as "Exhibit 2" and are incorporated by reference as

LA1:#6373406                                        -8-

1    though fully set forth herein.

2         25.    Nonambulatory disabled cattle, also called "downers" or "downed," are cattle,

3    primarily cows, who are unable to stand or walk. 9 C.F.R. § 309.2(b). Nonambulatory cattle include

4    those with broken bones, severed tendons or ligaments, nerve paralysis, broken backs, metabolic

5    conditions, or central nervous system disease. *Id.*

6         26.    It is illegal to slaughter nonambulatory cattle for human consumption. 9 C.F.R. §

7    309.3(e). Slaughtering cattle who cannot stand and walk on their own power jeopardizes human

8    health. According to the USDA, "[S]surveillance data from European countries in which [Bovine

9    Spongiform Encephalopathy ("BSE")] has been detected indicate that nonambulatory cattle are

10   among the animals that have a greater incidence of BSE than other cattle." Prohibition on the Use of

11   Specified Risk Materials for Human Food and Requirements for the Disposition of Nonambulatory

12   Disabled Cattle, 69 Fed. Reg. 1862, pg. 1870 (Jan. 12, 2004) ("Interim Rule"). In its 2004 Interim

13   Rule, the USDA cited Swiss data showing a 49 to 58 times higher chance of finding BSE in downers

14   than in cattle reported to veterinary authorities as BSE-suspect under passive surveillance. Downers

15   may also be at higher risk for other foodborne transmissible pathogens, including *E. coli* and

16   *Salmonella,* which kill hundreds of Americans every year, as these animals often lie in bacteria-laden

17   waste and may have increased shedding of intestinal pathogens due to stress. Infants, children and

18   the elderly, the beneficiaries of the federal meat commodities, are more likely to experience severe

19   illness requiring treatment and hospitalization as a result of both of these pathogens.

20        27.    BSE or "mad cow disease" was first documented in England in 1986 and has since

21   spread to more than 25 countries around the world. BSE is caused by the practice of feeding cattle

22   the brains and other central nervous system tissues of other cattle. Cattle are ruminants and

23   herbivores by nature.

24        28.    BSE is a transmissible spongiform encephalopathy ("TSE"), a type of disease

25   characterized by the debilitating neurological impacts they have on their victims. Following an

26   incubation period which may last months or years, TSEs cause tiny holes in the brain which slowly

27   cause the victim to lose mental and physical abilities and to eventually die. BSE in cattle has an

28   incubation period of two to eight years. During that time, the cow shows no outward signs of

infection or illness. However, onset and progression are rapid, and once the disease progresses, infected animals become symptomatic in two to three months. Symptoms include behavioral changes, impaired coordination and loss of body condition. In 1996, ten years after BSE was documented in cattle, its human variant was recognized. Variant Creutzfeldt-Jakob Disease ("vCJD"), believed to be caused by consumption of meat products derived from BSE-infected cattle, has been described as "Alzheimer's in fast-forward." The disease is relentlessly progressive, invariably fatal and there is no known treatment or cure.

29.     On information and belief, Defendants purchased cattle sight unseen from various livestock auctions. The cattle purchased for the National School Lunch Program were typically end-of-production, or "spent," dairy cows in very poor health and were old, exhausted, weak, arthritic, and sometimes lame. Most were emaciated, and many were sick or injured, and exhibited signs such as drooling. Others had broken bones. Spent dairy cows who are weak, elderly, emaciated, injured, or ill have a high probability of becoming nonambulatory. To increase profits, Defendants specifically purchased low-grade cattle with poor body condition scores and the lowest possible grade to process into hamburger for the National School Lunch Program.[1] On November 14, 2007, a livestock hauler employed by Stagno's -- a livestock transport company -- told the HSUS investigator that Defendants purchased sick cows for school lunches because "if they used good cows they could never make any money." As the hauler, Jason, spoke, one of Defendants' employees used a forklift to drag a dead cow off his trailer. Next, Larry, another Stagno's hauler, said he had recently driven a similar load of low-grade, unhealthy cattle to a slaughterhouse owned by Cargill, Inc. When he checked in at the security gate, the security guards looked over the cattle in his trailer and denied entry because the cattle were so sick. Larry said Hallmark/Westland were going to slaughter "all these cows from now

---

[1] Under the USDA quality grading system, market cows are graded into four broad categories, from least to greatest amount of marbling: Canner, Cutter, Utility, and Commercial. Canner is the lowest grade and is used to describe cattle with a body condition score (BCS) of 1 to 3. (BCS for market cows is on a 1 to 9 scale with 1 being extremely thin and 9 being extremely fat. BCS 1: Extremely thin and weak; severe muscle wasting; animal is near death. BCS 2: Extremely thin but not weak. Muscle wasting evident in hind quarter. BCS 3: Very thin. All ribs and back bone easily visible and no apparent fat deposits anywhere on the body. Individual vertebrae visible along back bone. Some muscle wasting evident in hind quarter. *See, e.g.,* Matt Poore, PhD, Body Condition Scoring is Still Your Most Important Management Tool available at http://www.ces.ncsu.edu/disaster/drought/Body_condition_scoring.pdf). Canners are thin, emaciated cows who have lost muscle mass due to poor nutrition or health. Canner cows may be discounted at the sale barn to compensate for the probability of light carcasses/low yields.

on because Cargill won't take 'em and the beef packers in Fresno won't take 'em. This is the only place that will take 'em—there's nowhere else to go. When you're a big company [like Cargill] you gotta act straight because there are lots of eyes on you and you can't get away with the same shit you can here."

30.     Between October 3, 2007 and November 14, 2007, Defendants submitted bids and were awarded four (4) contracts. However, the investigation spanned at least nine (9) contractual periods. *See* Exhibit 2. In exchange for their promise to supply conforming ground beef in each of the nine (9) contracts, Defendants were awarded a total of $10,353,674.

31.     During the course of his employment, the HSUS investigator learned from his superiors at what times of the day a USDA inspector would perform ante-mortem inspection. Because this information was known to the investigator and subsequently to all Defendants' employees who worked with the cattle prior to slaughter, employees intentionally concealed unlawful conduct or refrained from activities proscribed by the terms of the contract in the inspector's presence.

32.     Defendants intentionally furnished the government with false and misleading information about its ground beef, including but not limited to humane handling and slaughter, disposition of nonambulatory animals, and compliance with applicable laws. On October 3, 2007, November 9, 2007, and November 12, 2007, the HSUS investigator was told to sign a document stating that he had read and understood company polices and received training in Defendants' humane handling policies. However, at the times the HSUS investigator was told to sign the documents, he had not received any humane handling training.

33.     Defendants falsely certified, warranted, and represented that all animals were humanely handled in accordance with all applicable regulations and directives. These false representations were made to induce the federal government to enter contracts and Defendants concealed unlawful conduct to prevent the government from discovering it. To create the appearance of compliance with animal handling laws, a sign was posted at the unloading dock that disallowed electric prods (*i.e.*, hotshots) on the premises and instructed drivers to ask for assistance to move nonambulatory animals. Defendants knew they had an affirmative obligation to (1) humanely handle

animals with minimal pain and discomfort; and (2) maintain special equipment, such as sleds or pallets, to minimize pain and trauma while moving nonambulatory animals. Defendants failed on both accounts.

34.     When nonambulatory animals were shot and dragged to the dead pile or simply dragged and abandoned on the dead pile and left to die, Defendants instructed the HSUS investigator to mark the animals' disposition records as "DOAs" when in fact the animals were not dead on arrival. Rather, the cattle became nonambulatory after they arrived and were killed or abandoned on the dead pile. The HSUS investigator was told that Defendants maintained false and/or inaccurate records with respect to nonambulatory animals. The investigator was told he should not mark any animals as "downers" unless the USDA inspector had seen the animal and declared the animal "U.S. Condemned" because Defendants did not want the actual number of downed cattle to be documented in writing in company records.

35.     During each and every contractual period, the HSUS investigator witnessed and documented flagrant violations of FSIS regulations, directives, and notices that were unlawful and that violated government contracts. As one example, humane handling regulations prohibit excessive use of electric prods or other tools that might harm animals. However, the HSUS investigator observed that electrical prods were used on at least 90% of the cattle as they were driven into the kill box. Two hotshot prods were kept at the entrance to the kill box at all times for this specific purpose. Also, the pen foreman carried a hand-held electric prod that he was able to conceal on his person and was able to shock the cattle when inspectors weren't looking or were distracted. Defendants knew excessive prodding was unlawful and expressly prohibited by the terms of their contracts. To conceal their illegal acts, Defendants instructed employees to conceal their conduct from federal inspectors. On the day before an annual audit was scheduled, general manager Pablo Salas told employees not to use electric prods at all while the auditors were present. Salas said that if the auditors observed prodding 25% or more cattle, they would fail the audit.

36.     Defendants were cited for excessive electric prodding of animals during a USDA audit on December 8, 2005. Following the citation, Defendants gave statements of assurance to the USDA claiming that employees were being retrained to remedy the noncompliance. Defendants'

correspondence states: "Westland/Hallmark Meat Company (WHMC) is steadfastly committed to abiding in full to all regulatory requirements regarding the Humane Slaughter Act of 1978. WHMC will continue to train company personnel on the importance of humane handling of livestock and will continue to monitor the corrals in order to ensure that there are no hazards to the livestock." This statement was false and fraudulent, and intended to induce the government to maintain Defendants' eligibility status.

37.     On November 8, 2007, an emaciated cow collapsed in the chute on the way to the kill box. As a supervisor (Martin) looked on from a raised platform, employees (Juan Luiz Sanchez and Martin Perez) attached one end of a heavy metal chain to the cow's right rear leg and hooked the other end of the chain to the forklift. The pen foreman (Daniel Ugarte Navarro) then began dragging the cow along the ridged concrete, out of the chute, and into the parking lot. The employees unhooked the chains, and the foreman lowered the tines of the forklift and began driving forward, scooping up the cow with the tines of the forklift pressed under her midsection. The cow's head dragged on the ground as the foreman drove forward and her skin was abraded by the concrete. The foreman hooked the tines of the forklift under the cow's skin, rolled her upright, and then dropped her to the ground. The foreman backed up and then did it again, causing the cow to crumple to the pavement a second time. An employee walked over and shot the cow in the forehead with the captive bolt gun. The cow opened her mouth and bellowed loudly after she was shot.

38.     Defendants knew they were required by law to possess and use suitable equipment to move nonambulatory animals with minimal pain and injury. However, Defendants did not own and did not use suitable equipment to humanely handle nonambulatory animals. Defendants knew it was illegal to drag conscious animals. Yet in spite of the law, Defendants dragged conscious animals with metal chains attached to a forklift daily. Defendants also knew excessive electric prodding and the use of pipes, bats, sharp items, and other objects were not lawful methods of handling or driving livestock. Nevertheless, cattle were routinely prodded and were kicked and beaten with objects that caused pain or injury in an attempt to move the animals or to make them stand.

39.     The HSUS investigator observed a number of nonambulatory cattle who were processed for human consumption. A single carcass would cause the entire lot of ground beef to be

1   contaminated and adulterated. Instead, Defendants sold this meat to the government and falsely

2   certified that nonambulatory cattle were excluded from the lots of ground beef.

3       40.    In furtherance of its scheme, Defendants held a meeting on the night before an annual

4   audit in order to fraudulently conceal Defendants' routine, unlawful conduct. Five weeks after his

5   hire, the HSUS investigator attended a "humane handling training" meeting on November 12, 2007,

6   led by Hallmark's general manager, Pablo Salas. The hour-long meeting was conducted almost

7   entirely in Spanish. The HSUS investigator is not fluent in Spanish and had to rely on Martin, a plant

8   supervisor, for translation. During this meeting, Defendants instructed employees to refrain from

9   their standard illegal operating procedures on the day prior to a scheduled USDA audit to ensure that

10   the plant did not lose its eligibility status to participate in the National School Lunch Program.

11   Employees, including the HSUS investigator, were instructed to refrain from: yelling at cows;

12   rushing cows off the truck and into the facility; crowding cattle into pens; using electric prods;

13   slamming gates on cows; and hitting cows with a board with an exposed nail to make them move.

14       41.    On a continuous and ongoing basis, the investigator witnessed Defendants commit

15   violations of 9 C.F.R. § 309.3 (nonambulatory cattle must be condemned); 9 C.F.R. § 313.2

16   (livestock must be handled humanely); and FSIS Directive 6100.1 (forcing an animal to stand or

17   ambulate by kicking or electrical prodding is not humane). Whenever Defendants violated applicable

18   laws, regulations, and directions, Defendants breached their contract.

19       42.    Violations witnessed and documented by the investigator on a regular basis include:

20   kicking disabled animals in the face; beating disabled animals; ramming wooden paddles into

21   animals' faces and eyes; standing on the backs of disabled cows; abandoning still-living cattle on the

22   "dead pile" and failing to provide timely euthanasia; dragging disabled cows with heavy metal chains

23   attached to a forklift; shocking the faces, eyes and bodies of cows who are sick, injured, or disabled

24   and unable to move; repeatedly shocking a cow who balked in a chute until the cow collapsed in pain

25   and then driving cattle over the body of the downed animal, causing the downed cow to be trampled;

26   repeatedly slamming into disabled cows with a forklift while the cows flail helplessly on the

27   pavement, unable to right themselves; running over disabled cows with a forklift; failing to

28   humanely euthanize nonambulatory cattle by a mechanical means that rapidly and effectively renders

1   the animal insensitive to pain; failing to properly stun cows with a penetrating captive bolt gun;

2   failing to confirm death and cessation of vital signs prior to disposal of animals on the "dead pile";

3   hoisting disabled cows in the air with a forklift and dropping the animals onto the pavement; injuring

4   and maiming animals with the tines of the forklift; slamming cattle against a railing and jamming the

5   tines of the forklift into their sides; blasting disabled cows in the face with a high-pressure water

6   hose for several consecutive minutes, simulating drowning and making it impossible for the animal

7   to breathe and causing the cows to thrash and struggle for air; slaughtering nonambulatory animals

8   and animals who endured inhumane handling practices and representing to the USDA that

9   Defendants were complying with all contractual obligations.

### COUNTS I - IX

### False Certification of Humanely Handled and Downer-Free Meat

43.     Relator re-alleges and incorporates the allegations of paragraphs 1-42 as if fully set forth herein.

44.     On or about August 16, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG3J14120277350) for $1,462,800.00.

45.     On or about August 28, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG3J14120277375) for $601,200.00.

46.     On or about September 12, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG3J14120277395) for $1,430,000.00.

47.     On or about September 15, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG3J14120277416) for $1,503,600.00.

48.     On or about September 26, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG#J14120277425) for $630,800.00.

49.     On or about October 11, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG3J14120287004) for $2,531,340.00.

50.     On or about October 17, 2007, USDA-AMS entered a stand-alone contract with Defendants (Award ID AG3J14120287017 ) for $1,219,200.00.

51.     On or about October 25, 2007, USDA-AMS entered a stand-alone contract with

1   Defendants (Award ID AG3J14120287027) for $815,934.00.

2       52.     On or about October 31, 2007, USDA-AMS entered a stand-alone contract with

3   Defendants (Award ID AG3J14120287033) for $158,800.00.

4       53.     Defendants falsely certified and warranted that all animals slaughtered pursuant to

5   the contracts in paragraphs 44-52 were handled in accordance with "all applicable FSIS

6   regulations, directives, and notices" and that "meat from carcasses of non-ambulatory disabled

7   cattle [were not] included in USDA purchased ground beef products" in order to obtain

8   remuneration in the amount of $10,353,674.00 that they would not have otherwise received due

9   to the USDA's contract requirements.

10      54.     The false certifications and warranties were knowingly made as evidenced by: 1)

11  the daily inhumane handling practices and non-ambulatory, disabled cattle who were regularly

12  sent to slaughter; 2) the fact that the entire pen staff regularly altered their behavior when the

13  USDA inspector performed ante-mortem inspection; 3) the meeting held by Defendants'

14  manager, the sole purpose of which was to alert Defendants' staff that a USDA audit would be

15  performed and that the pen staff should alter their behavior as a result; and 4) that Defendants did

16  not possess the equipment or the facilities required to move and hold nonambulatory animals in a

17  humane fashion[2]—all of which was witnessed by the investigator during his employment.

18      55.     Each contract described in paragraphs 44-52 represents a distinct and separate

19  violation of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

20      56.     The U.S. Government, unaware of the falsity of the claims, and in reliance on the

21  accuracy thereof, satisfied the terms of each contract and paid Defendants $10,353,674.00 for

22  nonconforming meat.

---

[2] FSIS Directive 6000.1, p. 4 states, "When inspection program personnel find animals showing signs of abnormalities or diseases on ante-mortem inspection, inspection program personnel should have the establishment set apart all affected animals into separate pens (e.g., a suspect pen) for further examination by the PHV (9 CFR 309.2(n))." Hallmark lacked the facilities to comply with this directive.

**COUNTS X – CXXVI**

**False Certification of Humanely Handled and Downer-Free Meat**

57.    Relator re-alleges and incorporates the allegations of paragraphs 1-42 as if fully set forth herein.

58.    Upon information and belief, Defendants knowingly made false certifications that the meat they provided to the U.S. was made, processed, and "humanely handled in accordance with all applicable FSIS regulations, directives, and notices." Furthermore, Defendants warranted that "meat from carcasses of non-ambulatory disabled cattle [was not] included in USDA purchased ground beef products."

59.    Defendants entered into one hundred seventeen (117) contracts with the U.S. that were signed by Defendants from October 3, 2003 through August 8, 2007. *See* Exhibit 2.

60.    Defendants falsely certified and warranted that all animals slaughtered pursuant to the contracts in paragraph 59 were handled in accordance with "all applicable FSIS regulations, directives, and notices" and that "meat from carcasses of non-ambulatory disabled cattle [were not] included in USDA purchased ground beef products" in order to obtain payment in the approximate amount of $149,428,456.00 that they would not have otherwise received because of the USDA's prohibitions.

61.    The false certifications and warranties were knowingly made as evidenced by Defendants' policies and standard operating procedures to inhumanely handle and slaughter nonambulatory disabled cows.

62.    Each contract described in paragraph 59 represents a distinct and separate violation of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

63.    The U.S. Government, unaware of the falsity of the claims, and in reliance on the accuracy thereof, satisfied the terms of each contract and paid Defendants approximately $149,428,456.00 for non-compliant meat.

**REQUEST FOR RELIEF**

WHEREFORE, relator respectfully requests this Court to enter judgment against the

Defendants, as follows:

    (a)    That the U.S. be awarded damages in the amount of three times the damages sustained by the U.S. because of the false claims and fraud alleged within this Complaint, as the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* provides;

    (b)    That civil penalties of $11,000 be imposed for each and every false claim that defendant presented to the U.S. and/or its grantees;

    (c)    That pre- and post-judgment interest be awarded, along with reasonable attorneys' fees, costs, and expenses which the relator necessarily incurred in bringing and pressing this case;

    (d)    That the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act violations for which redress is sought in this Complaint;

    (e)    That the relator be awarded the maximum amount allowed pursuant the False Claims Act; and

    (f)    That this Court award such other and further relief as it deems proper.

**DEMAND FOR JURY TRIAL**

Relator, on behalf of itself and the United States, demands a jury trial on all claims alleged herein.

February 19, 2008

Respectfully submitted,

*Alisa Schlesinger*

ALISA SCHLESINGER, CA Bar No. 229474
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:      (213) 892-4000
Facsimile:      (213) 629-5063

AARON L. RENENGER, CA Bar No. 222675
DAVID S. COHEN, Pro Hac Vice Pending
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
(202) 835-7517 (phone)
(202) 835-7586 (fax)

PETER J. PETERSAN, DC Bar No. 487605
LEANA E. STORMONT, VA Bar No. 71672
JONATHAN R. LOVVORN, CA Bar No. 187393
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
(202) 955-3665 (phone)
(202) 778-6132 (fax)

Attorneys for Relator

**EXHIBIT  1**





# TECHNICAL

# REQUIREMENTS

# SCHEDULE – GB - 2007

**UNITED STATES
DEPARTMENT OF
AGRICULTURE**

**AGRICULTURAL
MARKETING
SERVICE**

**LIVESTOCK AND
SEED PROGRAM**

**Washington, D.C.
20250-0254**

# FOR USDA PURCHASES OF

# GROUND BEEF ITEMS, FROZEN

**Effective:
AUGUST 2007**

Preparing Activity:
USDA, AMS, LS, STDZ–Rm. 2607-S
**Supersedes: TRS-GB May 2006 (as amended)**
Changes - *In blue italics*
**LSP-SB-TRS-GB-O7**

20

## TABLE OF CONTENTS

I.     SCOPE ......................................................................................................................1
II.    APPLICABLE DOCUMENTS......................................................................................1
III.   CHECKLIST OF REQUIREMENTS ...........................................................................1
   A.   ITEMS ...................................................................................................................1
   B.   MATERIAL .............................................................................................................1
      1.   Domestic Origin and Harvest (Slaughter) Requirements ................................1
      2.   Boneless Beef Requirements ..........................................................................2
      3.   Ground Beef Requirements .............................................................................4
   C.   PROCESSING........................................................................................................6
      1.   Grinding and Blending ....................................................................................6
      2.   Bone Collector/Extruder Systems ...................................................................7
      3.   *Shape And Waffling Of Patties* .......................................................................7
      4.   Metal Detection ...............................................................................................7

   D.   STATE OF REFRIGERATION ...............................................................................7

   E.   FAT LIMITATIONS.................................................................................................7

   F.   PATTY WEIGHT, THICKNESS, SHAPE, AND COLOR .........................................8

   G.   PREPARATION FOR DELIVERY...........................................................................9
      1.   Packaging and Packing ...................................................................................9
      2.   Net Weight.....................................................................................................10
      3.   Closure ..........................................................................................................10
      4.   Marking of Containers ...................................................................................10
      5.   Palletized Unit Loads ....................................................................................11
      6.   Total Net Weights Per Delivery Unit .............................................................11
   H.   USDA QUALITY ASSURANCE ...........................................................................12
      1.   Warranty and Complaint Resolution -............................................................12
      2.   AMS Monitoring and Production Assessment - ..............................................12
      3.   Control of Non-Conforming Product - ............................................................12
      4.   Checkloading -...............................................................................................13
APPENDIX  A  Example Statistical Process Controls Charts and Histograms
APPENDIX B  AMS BONELESS BEEF PROCESS REQUIREMENTS FLOW CHART
APPENDIX C  AMS GROUND BEEF PROCESS REQUIREMENTS FLOW CHART
APPENDIX D  REQUIREMENTS FOR GROUND BEEF-IRRADIATED PRODUCTS
APPENDIX E  Glossary of Terms

21

## I.  SCOPE

This Technical Requirements Schedule (TRS)–GB–2007 is for use by the United States Department of Agriculture (USDA), Agricultural Marketing Service (AMS), Livestock and Seed Program (LS) to procure fresh ground beef products, frozen.

## II.  APPLICABLE DOCUMENTS

The following documents are incorporated as part of this USDA, TRS-GB-2007:
- Meat Grading and Certification (MGC) Branch Instruction Manual.
- Audit Review and Compliance (ARC) Branch Procedures, Series 1000.

## III.  CHECKLIST OF REQUIREMENTS

### A.  ITEMS

The contractor's technical proposal will declare which items will be offered to USDA. Bulk or patties to be specified within USDA procurement documents.

1. *Bulk -*                                                                    *Product Code*
   Ground Beef (10-pound bulk packaged) ........................................................ A608
   Ground Beef-Irradiated (10-pound bulk packaged) ........................................ A579
   Ground Beef, 1-pound packages .................................................................. A609
   Coarse Ground Beef .................................................................................... A594

2. Patties -
   Ground Beef Patties ................................................................................... A626
   Ground Beef Patties-Irradiated .................................................................. A578
   Beef Patties with Soy Protein Product ....................................................... A616
   Ground Beef Patties, Not to Exceed (NTE) 10% Fat ..................................... A627

### B.  MATERIAL

The contractor's technical proposal must describe a process plan with a documented quality control program that includes procedures, records, forms, etc. that demonstrate conformance with the following Checklist of requirements. *The Contracting Officer may request changes to the technical proposal at any time.*

1. Domestic Origin and Harvest (Slaughter) Requirements
   a) Quality Control Program - The harvester's quality control program must be documented in each contractor's technical proposal and have received a satisfactory onsite capability assessment by the ARC Branch.
   b) Boneless beef shall be derived from cattle harvested at facilities that comply with the following origin and harvest requirements.
      (1) Domestic Origin - All beef will originate from U.S. produced livestock as defined in Announcement LS-120.
      (2) Humane Handling – All cattle shall be humanely handled in accordance with all applicable FSIS regulations, directives, and notices.
      (3) Non-Ambulatory Disabled Cattle – Meat from carcasses of non-ambulatory disabled cattle will not be included in USDA purchased ground beef products.
      (4) Spinal Cord Removal – All spinal cord tissue shall be removed during the harvesting process.

22

    (5) Pathogen Intervention Steps – The harvest process must include at least two pathogen intervention steps.  One of the intervention steps shall be steam pasteurization, an organic acid rinse, or a 180°F hot water wash and must be a critical control point (CCP) in their FSIS recognized slaughter process Hazard Analysis Critical Control Point (HACCP) plan.

    (6) Carcass Testing - Routinely test carcasses for *E. coli* O157:H7 to verify effectiveness of interventions at CCP.

2. Boneless Beef Requirements

    a) Quality Control Program - The boneless beef supplier's quality control program must be documented within each contractor's technical proposal and have received a satisfactory onsite capability assessment by the ARC Branch.

    b) Traceability – Boneless beef shall be traceable to sources that comply with the above domestic origin and harvest requirements.

    c) Meat Recovery Systems

        (1) Mechanical Separation - Boneless beef that is mechanically separated from bone with automatic deboning systems, advanced lean (meat) recovery (AMR) systems or powered knives, will not be allowed.

        (2) Finely Textured Beef – Low temperature rendered beef that is processed from boneless beef trimmings and is finely textured, is allowed to be used as boneless beef trimmings for fine *and coarse* ground beef products. When finely textured beef is used, the following criteria must be met:

            (a) Combination Rate – Within *finely ground beef* (1/8 inch grinding plate), finely textured beef will not exceed 15 percent by weight of *each batch of* combined finished product.  *For coarse ground beef, finely textured beef will not exceed 10% by weight of each batch of combined finished product.*

            (b) Red Color – The producer of finely textured beef shall assure that the product has a discernible redness in color.  *The finely textured beef shall maintain the same redness in color until time of processing to minimize the effect of the color to the finished ground beef.*

            (c) Fat Content - Does not exceed 10% fat.

            (d) Material –The contractor shall document all procedures for handling of finely textured beef trimmings and must use it within 60 days of the date of production.

            (e) Microbial Requirements – Finely textured beef will be sampled and tested in accordance with this section's part g. Microbial Testing.  Sample units shall be of equivalent size that is required within paragraph g. (1).

    d) Handling - All boneless beef must be maintained in excellent condition.  The contractor's technical proposal shall include detailed production scheduling that addresses time and temperature controls necessary to maintain excellent condition of the boneless beef and to meet the following applicable requirements. Except for boneless beef destined for Ground Beef Products to be irradiated, frozen boneless beef may be used provided it is ground into the final product within 60 days from the date of pack.  Boneless beef destined for irradiated ground beef shall never be frozen before grinding and shall be ground within five (5) days from slaughter.

e) Objectionable Materials – The following objectionable materials shall be excluded:

   (1) Major lymph glands (*prefemoral, popliteal,* and *prescapular*), thymus gland, and the *sciatic* (*ischiatic*) nerve (lies medial to the outside round).

   (2) All bone, cartilage, and the following heavy connective tissues:

   (a) White fibrous – Shoulder tendon, elbow tendon, silver skin, *sacrociatic* ligament, opaque *periosteum, serous* membrane (*peritoneum*), tendinous ends of shanks, *gracilis* membrane, *patellar ligament* (associated with the *stifle joint*), and *achilles* tendon.

   (b) Yellow elastin – Back strap and *abdominal tunic.*

f) *Lot – For the purpose of this section, a lot shall consist of a minimum of approximately 10,000 pounds (unless otherwise approved by the Contracting Officer) of boneless beef produced between "cleanup to cleanup" (see Appendix E) and that is from a single slaughterer or from a single processor.*

g) Microbial Testing – All lots of fresh chilled boneless beef, including finely textured beef must be tested for all microbes listed in Appendix B.  All samples will be sent to the AMS designated laboratory (ADL).

   (1) Sample Preparation – *One composite sample must be prepared from each lot (minimum 10,000 pounds). The composite sample will be composed of sample units that are of approximate equal size selected from each approximately 2,000 pound increments ('combo bin' size). Each sample unit shall be selected from outer/surface (exterior) carcass tissue and shall consist of slices that are no more than 1/8" thick, no less than 4.0 inches in length, and no less than 2.0 inches wide (as described within FSIS Notice 18-07).* The composite sample shall weigh at least 2 pounds and consist of at least 60 slices placed together in an aseptic package and submitted to the ADL. When boneless beef has been exposed to any anti-microbial treatment, no sample units shall be selected for at least 15 minutes after such treatment.  The ADL will be responsible for supplying all materials, protocol and methods (including handling, reserve samples, etc.) for sample preparation and submission.

   (2) Testing and Results - The sample will be analyzed by the ADL for microbial levels listed in Appendix B.

   (a) The microbial test for all microbes, except for E. coli O157:H7, will be in accordance with the applicable test methods listed in the Compendium of Methods for the Microbiological Examination of Foods (current edition), published by the American Public Health Association.

   (b) The presence of E. coli O157:H7 will be determined using test methods that are within or conform to the "USDA/FSIS Microbiology Laboratory Guidebook (*http://www.fsis.usda.gov/Science/Microbiological_Lab_Guidebook/index.asp*), Chapter 5.03" for Detection, Isolation, and Identification of Escherichia coli O157:H7 and O157:NM (Nonmotile) from Meat Products, Effective Date 10/25/02.  When presence of E. coli O157:H7 is positive per 325 gram sample:

24

(c) FSIS Notification for presence of pathogens - When presence of E. coli O157:H7 or salmonella is positive:

    (i)   The ADL will notify FSIS.

    (ii)  FSIS will be notified by the boneless beef supplier for final disposition of the product.

    (iii) The boneless beef supplier shall conduct a cause and effect analysis to determine the appropriate corrective action necessary to eliminate the probable cause. The corrective actions must be implemented and proven effective.

(d) The ADL will record *results on spreadsheets* and plot the results on control charts and histograms for each microbial test (as illustrated in Appendix A and further defined in Appendix E). *The control charts, histograms, and spreadsheets will be maintained so that process capability assessment on 20 consecutive lots can be determined for each lot as described within Appendix B.*

(3) Requirements – The capability of a boneless beef supplier to comply with microbial requirements will be based on assessment of control charts and histograms. Test results involving <u>all</u> boneless beef offered for testing for AMS ground beef purchase programs will be monitored by AMS, the contractor, and the boneless beef supplier to determine capability of their process according to Appendix B. The boneless beef supplier will notify the Contracting Officer and the contractor and will direct the ADL regarding charting and computation needs due to any change in status.

(4) Contractor's Responsibility - The contractor will require their boneless beef supplier(s) to provide results and process capability status involving each lot of boneless beef to be processed into ground beef for USDA. *Process Capability Status for individual lots shall be provided to the Meat Grading and Certification Branch agent upon request.* In the event a boneless beef supplier has been deemed ineligible, and wants to continue in the program, the ineligible boneless beef supplier must first provide the contractor and AMS their plan to implement corrective actions. Once the plan is agreed to by the contractor and AMS, then the boneless beef supplier must receive a satisfactory onsite assessment audit from AMS. Upon notification by the Contracting Officer that the plan has adequately addressed the issues that resulted in the ineligible status determination the boneless beef supplier may renter the program *under conditional status.*

3. Ground Beef Requirements

  a) Quality Control Program - The ground beef quality control program must be documented within the contractor's technical proposal and have received a satisfactory onsite capability assessment by the ARC Branch.

  b) Traceability – All ground beef must be traceable to the production lots and associated microbial test results for each lot of boneless beef and finely textured beef used in the production of that lot.

c) Handling - The contractor's technical proposal shall include detailed production scheduling that addresses time and temperature controls necessary to maintain excellent condition of the ground beef.  Except for ground beef, 1-pound packages, all other ground beef items shall be delivered within 60 days from date of pack.  Ground Beef 1-pound packages shall be delivered within 30 days from date of pack.

d) Lot - For the purpose of *microbial testing*, a lot is defined as the amount of finished ground beef produced between "cleanup to cleanup" (see Appendix E).

e) Microbial Testing – All lots of ground beef will be tested for all microbes listed in Appendix C after final grinding and before freezing, except for ground beef products that are irradiated. The irradiated products will be tested for Salmonella and E. coli O157:H7 after the irradiation process, and the other microbes listed in Appendix C prior to irradiation.  All samples will be sent to the ADL.

(1) Sample Preparation - From each lot, a composite sample will be prepared from at least *8* randomly selected samples (of approximately equal size) of finished ground beef.  The samples shall be blended.  From the mixture, a single sample shall be submitted to the ADL for analysis.  A reserve sample shall be drawn and held for testing in the case that the Contracting Officer deems it necessary.

(2) Testing and Results - The sample will be analyzed by the ADL for all microbes listed in Appendix C.

(a) Except for *E. coli* O157:H7, the applicable test methods listed in the Compendium of Methods for the Microbiological Examination of Foods (current edition), published by the American Public Health Association. The results will be recorded and plotted by the ADL on control charts and histograms for all microorganisms as illustrated in Appendix A.

(b) Testing for E. coli O157:H7 – The ground beef sample submitted to the ADL will also be tested for the presence of E. coli O157:H7 using the referenced test methods that are within or conform to the "USDA/FSIS Microbiology Laboratory Guidebook *(http://www.fsis.usda.gov/Science/Microbiological_Lab_Guidebook/index.asp)*, Chapter 5.03" for Detection, Isolation, and Identification of *Escherichia coli* O157:H7 and O157:NM (Nonmotile) from Meat Products, Effective Date 10/25/02.

(c) FSIS Notification for presence of pathogens - When presence of E. coli O157:H7 or salmonella is positive:

(i) The ADL will notify FSIS.

(ii) FSIS will be notified by the contractor for final disposition of the product.

(iii) The contractor shall conduct a cause and effect analysis to determine the appropriate corrective action necessary to eliminate the probable cause.  The corrective actions must be implemented and proven effective.

(d) The ADL will record and plot the results on control charts and histograms for each microbial test (as illustrated in Appendix A and further defined in Appendix E).  The control charts and histograms will be maintained so that

026

process capability may be determined according to the requirements within Appendix C.

    (3) Requirements – The capability of the contractor to comply with microbial requirements will be based on assessment of control charts and histograms. Test results will be monitored by the contractor and AMS to determine acceptability of the process according to APPENDIX C. The contractor will advise the AMS agent and the ADL of their process capability status for each lot. The contractor will notify the Contracting Officer and will direct the ADL regarding charting and computation needs due to any change in status. Ineligible contractors may petition AMS to reenter the program *under conditional status* provided corrective actions have been implemented, proven effective, and a satisfactory onsite assessment audit by AMS has been received.

f)   Irradiated Ground Beef - When specified by the purchaser, ground beef products to be irradiated shall comply with the additional requirements specified in APPENDIX D.

g)   Beef Patties with Soy Protein Product (SPP) - The SPP will be hydrated to yield no less than 18% protein (as is basis).

    (1) Texture - The physical characteristics of SPP, in the dry form, must be either granular or textured.

    (2) Type and Combination Rate - The types of soy that may be used and combination rates shall be as set forth in Table 1.

Table 1

| Types of Soy (% Protein "As is Basis") | Maximum Percent of Hydrated SPP in *each batch of* Combined Finished Product |
|---|---|
| Granular Concentrate (65%) | 20.0 |
| Flaked Textured Concentrate (65%) | 25.0 |
| Textured Isolate (85%) | 25.0 |

NOTE: SPP (of any texture) that has been hydrated by the SPP manufacturer may be used provided that: The product is frozen and the protein content (as is basis) of the hydrated SPP is stated on the manufacturer's label.

h)   Ground Beef Patties, NTE 10% Fat – The patties shall not have any non-meat ingredients added.

## C. PROCESSING

The contractor's technical proposal and process shall assure compliance with the following requirements:

1.   Grinding and Blending -

a)   Ground Beef - Boneless beef shall be ground twice, with the final grind passing through a 1/8 inch grinding plate. Blending after final grinding is allowed only to the extent that it doesn't affect the appearance of the finished ground beef.

b)   Coarse Ground Beef - Boneless beef shall pass at least once through a grinding plate that is no smaller than 3/4 inch or no larger than a 1.0 inch. *Blending after final grinding is allowed only to the extent that it doesn't affect the appearance of*

*the finished ground beef.*

    c)   Fat Break-Outs - The grinding, blending, and packaging process shall be conducted in a manner that precludes large fat "break outs" (solid chunks of fat greater than 1.0 cubic inch) or objectionable fat "smears" in the finished product.

2.   Bone Collector/Extruder Systems - Except for Coarse Ground Beef, a bone collector/extruder system must be in operation to remove remaining bone, cartilage, and heavy connective tissue during the final grind.  For those collector/extruder systems that have a secondary lean recovery system, the product from the secondary recovery system shall be allowed provided it does not exceed more than 2.0 percent of finished product weight (on a batch weight basis).

3.   *Shape and Waffling of Patties - Raw ground beef patties must be approximately round in shape and waffled on both sides.*

4.   Metal Detection - All product shall be free of metal contaminates.  Detection of stainless steel, ferrous, and non-ferrous (e.g., lead, copper, and aluminum) metals is required.  The contractor's technical proposal must identify and describe the equipment, location, detection procedure, sensitivity levels, frequency of equipment validation, and corrective action procedures.

5.   Equipment – All equipment used to produce ground beef products for USDA shall be maintained and routinely checked for optimal performance.

## D.  STATE OF REFRIGERATION

1.   Bulk Packaged Ground Beef Items - Shall be frozen to 0°F within 72 hours after completion of the final grinding of the involved lot.

2.   Patties - will be individually quick frozen (IQF) to 10°F or below prior to packaging and then frozen to 0°F or lower within 24 hours after completion of packaging and packing of the lot.

3.   Shipping - All USDA ground beef products will be *stored, shipped, and delivered at temperatures that do not exceed 0°F.*

## E.  FAT LIMITATIONS

The contractors will establish a target average of 15 percent fat for all ground beef products except for the ground beef patties NTE 10 percent fat.  The upper and lower specifications limits will be 18 and 12 percent fat respectively.  The target fat content will be declared on the shipping container label and the nutrition facts panel.  For ground beef patties NTE 10 percent fat, the upper specification limit will be 10 percent *and the contractor will declare their target.*  Separate Statistical Process Control (SPC) assessments will be conducted on ground beef products with a targeted average of 15 percent fat and the NTE 10 percent fat patties.

1.   Contractor Process Assessment - The contractor shall declare the production lot size, laboratory, test method, and SPC charting method within their technical proposal.

    a)   Sampling and testing - The contractor will randomly select 4 individual sample units (selected after initial grinding or blending) to be analyzed for fat content from each production lot destined for USDA.  The sample unit size will be determined by the testing method used by the contractor's laboratory.

    b)   Recording results - The contractor will record and plot the results on variable data control charts and histograms (as illustrated in Appendix A and further defined in Appendix E).  Control charts must have statistically derived upper and lower control limits (+/- 3 standard

deviations from the mean).  Control charts will be used to determine if the process is in statistical control.  Histograms will be used to determine process capability.  Under contractor process assessment, no production lots shall be allowed delivery to USDA with average test results that are outside the upper or lower specification limits.

c) Process Capability Assessment - Twenty (20) consecutive production lot results (that include the last production lot) will be plotted on histograms for capability assessment by the contractor and the AMS agent.  The processor's capability (Cpk/CPU) shall be 1 or higher.

2. AMS Process Assessment – For the first 20 production lots, the AMS agent will direct the contractor to randomly select samples (each consisting of four *two-pound* sample units *for finely ground beef and 10-pound sample units for coarse ground beef*) that are independent from those samples selected for contractor process assessment and send them to the ADL for fat analysis.  The ADL will be responsible for supplying sampling protocol, all sample handling materials, and sampling methods (including sample unit size *to be submitted to the ADL*, preparation, handling of reserve samples, etc.) for sample preparation and submission.  The ADL will plot the results on x-bar/ range and histograms charts (see APPENDIX A) and submit them to the contractor and AMS for comparison to the contractor's process assessment.  *After 20 consecutive results, the contractor shall notify the AMS Contracting Officer immediately and declare what immediate corrective and preventative actions will be taken when:*

a) The ADL calculated process average fat results (mean) varies more than 1 percent from the contractor's calculated process average results, or

b) The calculated process capability (Cpk/Cpu) is less than 1 for results from <u>either</u> the contractor's designated laboratory or the ADL.

The Contracting Officer reserves the right to deem a contractor as unreliable for consideration on future contract awards when corrective or preventative actions are not adequate or effective.  If the Contracting Officer determines that such actions are adequate, then the Contracting Officer will request sampling and testing of an additional 20 consecutive lots.

3. Continuous AMS Assessment – If AMS process assessment is satisfactory, the AMS agent will direct the contractor when to randomly select samples (each consisting of four sample units) from a production lot.  No more than two production lot samples are sent to the ADL on a weekly basis.  The ADL will continually plot 20 consecutive results (always including the last recorded result as defined within APPENDIX E) on x-bar and range control charts and histograms (see APPENDIX A) and submit them to the contractor and AMS.  The ADL's histograms will continually be compared to the Contractor's histograms as each Contractor's test result is recorded to conduct the AMS Process Assessment as described above (using 20 consecutive results).

## F.  PATTY WEIGHT, THICKNESS, SHAPE, AND COLOR

The contractor's technical proposal and process will assure, using SPC tools, that the following requirements are met:

1. Patty weight – Target weight will be 3.0 ounces.  Acceptable weight tolerance range will be 2.9 to 3.1 ounces.

2. Patty thickness – 5/16 inch (+/- 1/16).

3. Shape - Patties shall be round in shape and waffled on both sides.

4. Color – Color of patties shall be monitored for normal appearance and color.  Also, patties shall not appear pink when prepared by the end user.

TRS – GB 2007

## G. PREPARATION FOR DELIVERY

The contractor's technical proposal and process will assure that all packaging, packing, closure, marking and palletization comply with the National Motor Freight Regulations and FSIS regulations and the requirements listed below. The contractor also must have procedures for verifying the net weight of shipping containers.

1. Packaging and Packing

   a) *All immediate containers (casings or packages) shall function as a tamper evidence indicator to provide added assure of product integrity through the method of sealing or closure.*

   b) Fine Ground Beef (Product Code A608) – Fine ground beef must be vacuum packaged or packaged in casings and sealed. All packages will weigh 10 pounds. The casings or packages shall be closed by metal clips or by a heat-sealing method. Four (4) packages will be placed into each shipping container.

   c) Fine Ground Beef (Product Code A609) – Fine ground beef must be vacuum packaged or packaged in casings and sealed. All packages will weigh 1 pound. Forty (40) packages will be placed into each shipping container.

   d) Fine Ground Beef-Irradiated (Product Code A579) – Fine ground beef must be vacuum packaged in a thermo formed plastic container. Each package shall weigh 10 pounds. The package shall be rectangular in shape and shall be made from materials that have been approved by FDA for irradiation application. Packages shall be packed into shipping containers with net weights of 40 pounds. The depth, width, and length of the containers shall be considered depending on the type of ionizing radiation used.

   e) Coarse Ground Beef (Product Code A594) - Coarse ground beef must be bulk packaged (with no packaging materials) directly into leak-proof shipping containers with fiberboard that is wax impregnated, has a moisture barrier coating, or have plastic laminated interior panels.

   f) Patties (Product Codes A616, A626, A627) - Patties must be placed into *immediate* containers following either of the following methods. Separation material between patties is not required provided the IQF patties do not stick together at the time of shipment.

      (1) Flexible Containers - Either four 10-pound or eight 5-pound flexible (plastic) vacuum packaged or sealed containers will be placed into each shipping container. Hand twisting or hand tying is not acceptable.

      (2) Fiberboard Containers – When fiberboard is used *for immediate* containers, either four 10-pound or two 20-pound fiberboard containers will be placed into each shipping container. Patties may either be:

         (a) vacuum packaged or within sealed flexible containers (hand twisting or hand tying is not acceptable) when placed into the fiberboard *immediate* container or,

         (b) placed into the fiberboard *immediate* container that is lined with a plastic bag to completely cover the product. For this option, fiberboard *immediate* containers will then have to be sealed with tape or glue.

030

g) Ground Beef Patties-Irradiated - (Product Code A578) – Patties must be packaged into sealed flexible (plastic) *immediate* containers. They may weigh either 20 pounds or 10 pounds. Packaging materials shall be approved by FDA for irradiation application. Separation material between patties is not required provided the IQF patties do not stick together at the time of shipment. Packages will be packed into shipping containers with net weights of 40 pounds. Consideration of the depth, width, and length of the containers shall be considered depending on the type of ionizing radiation is used.

h) Style and Size of Shipping Containers - Only one style and size of *immediate* and shipping container may be used in any one delivery unit.

2. Net Weight – Using SPC tools, the contractor shall assure the following net weights.

   a) Ground Beef - will be 40 pounds per shipping container.

   b) Coarse Ground Beef - will be packed to a net weight of 60 pounds.

   c) Ground Beef-Irradiated and Ground Beef Patties-Irradiated will be 40 pounds net weight per shipping container.

3. Closure

   Shipping containers will be closed by strapping, taping or gluing. When strapping is used, the initial closure (usually the bottom of container) shall be secured by the gluing or taping method.

4. Marking of Containers

   *Both immediate and shipping containers will have a printed code that includes the establishment number and is traceable to the production lot and date. All container markings shall include all information required by FSIS along with the additional information listed below:*

   a) Ground Beef, 1-pound package labels will have the following information included on commercially labeled packages:

      (1) Safe handling instructions.

      (2) Nutrition Facts panel (to include fat declaration of 15 grams of fat per 100 gram serving).

      (3) The "best if used by" date (180 calendar days from the date of production).

      (4) The FSIS establishment number.

      (5) A code number that will indicate traceability to production lot and date.

b) Shipping Containers - Commercially marked shipping containers will include the information as follows:

(1) USDA Shield (at least 2 inches high and appearing on the top of the container or on the principle display panel).

(2) Applicable Contract Number.

(3) The product name shall include no additional disclaimers and qualifiers to the name and code listed in Table 2.

(4) Fat Declaration.

(5) Shipping containers containing irradiated ground beef shall bear the required FSIS markings for irradiated products and a "best if used by date" (180 calendar days from date of production).

**Table 2 - Shipping Container Marking Requirements**

| Product Name that shall appear on the label | Product Code |
|---|---|
| Ground Beef 1/ | A608 |
| Ground Beef, | A609 |
| Ground Beef – Irradiated 1/ | A579 |
| *Coarse Ground Beef* | A594 |
| Ground Beef Patties 1/ | A626 |
| Beef Patties with SPP 1/ 2/ | A616 |
| Ground Beef Patties-Irradiated 1/ | A578 |
| Ground Beef Patties NTE 10 percent fat 1/ | A627 |

1/  Shall include the statement "For Institutional Use Only" on the principle display panel.
2/  The ingredient statement must include the identification of the added hydrated SPP.

All labeling shall be illustrated in the Contractor's technical proposal.

5. Palletized Unit Loads – All products shall be stacked on new or well-maintained pallets and palletized with shrink wrap plastic.

6. Total Net Weights Per Delivery Unit - The delivery units for each of the respective product codes are as follows:

| Product Code | Pounds Per Delivery Unit |
|---|---|
| A608, A609, A579 | 40,000 |
| A626, A616, A627, A578 | 38,000 |
| A594 | 42,000 |

Note: No tolerances will be allowed.

## H.  USDA QUALITY ASSURANCE

1.  Warranty and Complaint Resolution -

    a)  Warranty – The contractor will guarantee that the product complies with all contractual requirements.

    b)  Complaint Resolution – The contractor's technical proposal must provide the steps taken to resolve complaints received on the product i.e, point of contact, cause and effect analysis, corrective and preventative actions taken, and product replacement.

2.  AMS Monitoring and Production Assessment -
    An AMS Meat Grading and Certification Branch agent must be present during the grinding process for all USDA ground beef contracts.  The AMS agent will monitor and verify the processing steps, quality assurance activities, and corrective actions to assure that all requirements outlined in the approved technical proposal are complied with.  The AMS agent will be conducting the monitoring and production verification in accordance with applicable MGC instructions.  Any deviations to contractual requirements will be reported to the Contracting Officer.

3.  Control of Non-Conforming Product -
    The contractor must include a plan to assure that non-conforming product is not delivered under USDA contracts.  The plan must address 1) control and segregation of non-conforming product, 2) removal of any USDA markings, and 3) disposition of non-conforming product.

4. Checkloading -

The contractor has the following checkloading options:

a) Option 1 - At the request of the Contractor, AMS agents (on a fee basis) will checkload the product at the time of shipment and perform the following duties:

    (1) Assure product temperature is at or below 0° F at the time of shipment.

    (2) Conduct a final examination of condition of shipping containers that will be limited to visually scanning (without destructive sampling) the delivery unit for defects which may have occurred during handling and storage (e.g., crushed, torn, dirty, stained, etc.). All defective containers are unacceptable and must be corrected, removed or replaced, as applicable.

    (3) Supervise the loading and sealing of each truck.

    (4) Issue a final Acceptance Certificate, thereby allowing the Contractor to immediately submit invoice for payment to USDA. The AMS agent shall set forth on the original certificate the following:

        (a) Contract number

        (b) Notice-to-Deliver number

        (c) Destination

        (d) Name of product

        (e) Product Code

        (f) Production lot number(s) and the date each lot was produced along with the shipping container and *immediate* container code(s) and the code used that provides traceability to establishment number, production lot and date

        (g) Count of shipping containers and total net weight in each production lot

        (h) Total net weights per delivery unit

        (i) Identity of conveyance (numbers and letters, seals, license, etc.) as applicable

b) Option 2 - If the Contractor chooses to not have an AMS agent perform checkloading at the time of shipment, invoices for payment must be supported by:

    (1) a recipient's signature on the bill of lading;

    (2) a consignee's receipt evidencing date shipped and received; or

    (3) other commercial receipt evidencing delivery of the product.

In all cases the information contained in the issuance of the final certificate "a through i" in the option 1 section and a statement that: "Product conforms with the TRS-GB-2007" must be included.

## APPENDIX A

### Example Statistical Process Control Charts and Histograms



The above control chart and histogram are examples for illustrative purposes.

The control chart will have statistically derived upper control limits (ucl) and lower control limits (lcl) (+/- 3 times the standard deviation of the process average), and the central line (cl) value (process average, mean or x-bar). Since the subgroup size for microbial test is one (1), the calculation for standard deviation will be on individual measures. For data entry purposes, when microbial test results are preceded with < (less than) symbols preceding the values, the value to be entered will be the number minus one (i.e., "<10" will be entered as "9"; "<2500" will be entered as "2499").

The process capability value (Cpk or CPU), is found in the histogram chart (capability report). Since there are no lower specification limits within USDA microbial requirements and fat requirements for ground beef patties NTE 10% fat, the CPU will be used. The Cpk will be used for fat requirements that have a lower and upper specification limit. The applicable upper specification limits (USL) along with the capability limits (+/- 3 times the standard deviation of the individual measures (+/- 3sp)) will be displayed within the histogram. USL for microbial requirements will be found in Appendix B and Appendix C. The calculation for the CPU/Cpk for microbial and fat requirements involves two steps:

| Calculation of CPU with an upper specification limit only | |
|---|---|
| Step 1.  The first calculation will determine the z value: | Step 2.  The Z value divided by 3 will calculate the process capability (CPU). |
| Z value (upper) = $\dfrac{\text{USL} - \text{Process Average}}{\text{Standard Deviation of individual measures}}$ | CPU = $\dfrac{\text{Z value (upper)}}{3}$ |
| Calculation of Cpk | |
| Step 1.  The first calculation will determine the min z value: | |
| Z value (upper)  = $\dfrac{\text{USL} - \text{Process Average}}{\text{Standard Deviation}}$ | Z value (lower) = $\dfrac{\text{Process Average} - \text{LSL}}{\text{Standard Deviation}}$ |
| Step 2.  The min Z value divided by 3 will calculate the process capability (Cpk).  Cpk = $\dfrac{\text{Z value (min)}}{3}$ | |

| TRS – GB 2007 | | APPENDIX A |
|---|---|---|



The central line (cl) in the above control chart indicates the incidence of positive *Salmonella* results (5.0%). The results are plotted with the positive results for *Salmonella and E. coli O157:H7* as 1 and negative results as 0.

The charts below are illustrative of the x-bar and range control chart and the histogram that shall be used for analysis of fat test results.



## APPENDIX B
### AMS BONELESS BEEF PROCESS REQUIREMENTS FLOW CHART

**Quality Control Program –** Prior to supplying boneless beef destined for USDA, the boneless beef supplier must submit a documented quality control program within the contractor's technical proposal and receive a satisfactory onsite capability assessment by the ARC Branch.   The quality control program must specifically address management of microbial data to comply with AMS Process Requirements Flow Chart and following descriptions.

**Process Assessment Status -** A process assessment involves sampling and testing of 20 consecutive lots (which always includes the last recorded result as defined in APPENDIX E) of boneless beef destined for USDA ground beef for the microbes listed in the table below.  Boneless meat may be processed into ground beef destined for USDA prior to receipt of test results.  However, production lots of ground beef containing involved boneless beef lots that have positive results for Salmonella and E. coli O157:H7 will not be allowed delivery to USDA.

**Process Capable? –** Flow chart decision step that involves test results for 20 consecutive lots (which will include the last recorded result) plotted on control charts and histograms (See APPENDIX A) for evaluation.  When a process that is determined to be not capable, the contractor will be immediately notified.  This results in switching from process assessment status to conditional status or switching from conditional status to ineligible status when:
- The central line (Cl) value or the process capability value (CPU) does not meet the levels specified in the table below.
- Two results exceed any of the critical limits in the table below; * or
- The CPU value after 2 or more results is negative.*

\* - Immediate action will be taken prior to completion of 20 lots.

**Conditional Status –** Boneless beef production lots with test results that equal or exceed any of the Critical Limits in the table below may not be used in ground beef that is delivered to USDA.  To regain process assessment status, the boneless beef supplier and/or the contractor must *first have a production schedule pre-approved by the Contracting Officer after successfully implementing corrective actions and then* have 20 consecutive results that meet the **'Process Capable?'** criteria within 60 calendar days *(or other time frame approved by the contracting officer).*  A boneless beef supplier may declare itself as ineligible at any time.

**Ineligible Supplier/Contractor –** An Ineligible Boneless Beef Supplier will not be allowed to supply boneless beef to any USDA contracted grinding facilities until corrective actions have been implemented, proven effective, and a satisfactory AMS assessment audit has been completed. *Once satisfactorily becoming eligible, subsequent production will be under **Conditional Status.*** At any time, the grinding facility *or the AMS contracting officer* may declare a boneless beef supplier ineligible to deliver product to their facility.



AMS PROCESS
REQUIREMENTS FLOW CHART

Quality Control Program Approved by AMS

Process Assessment Status

Process Capable?   — Yes / No

Conditional Status
Not to exceed 60 calendar days

Process Capable   — Yes / No

Ineligible Status

Satisfactory AMS Assessment Audit?   — No / Yes

| AMS MICROBIAL REQUIREMENTS FOR BONELESS BEEF TABLE | | | |
|---|---|---|---|
| Microbial Test | Upper Specification Limits | Critical Limits | CI or CPU Value |
| Standard Plate Count | 100,000/gram | 500,000/gram | CPU $\geq$ 1 |
| Total *Coliforms* | 500/gram | 2,500/gram | CPU $\geq$ 1 |
| *E. coli* | 100/g | 1,000/gram | CPU $\geq$ 1 |
| *Salmonella* | | Positive Results/25 grams | CI $\leq$ 0.05 |
| *E. coli* O157:H7 | | Positive Results/325 grams | CI $\leq$ 0.05 |

037

## APPENDIX C

### AMS GROUND BEEF PROCESS REQUIREMENTS FLOW CHART

**Quality Control Program –** Prior to bidding on ground beef contracts with the USDA, the documented quality control program as described within the technical proposal must have received a satisfactory onsite capability assessment by the ARC Branch. AMS will audit and monitor the program. The quality control program must specifically address management of microbial data to comply with the AMS Process Requirements Flow Chart and following descriptions.

**Process Assessment Status -** A process assessment involves sampling and testing of 20 consecutive lots (which will include the last recorded result as defined within APPENDIX E) of ground beef destined for USDA contracts for the microbes listed within the table below. Production lots of ground beef will not be allowed delivery to USDA when results meet or exceed the critical limits within the table below. When the upper specification limits are exceeded for Coagulase Positive Staphylococci, a reserve sample shall be submitted to the laboratory for testing. If the results for the reserve sample exceed the upper specification limit for Coagulase Positive Staphylococci, the production lot will not be allowed delivery to USDA.

**Process Capable? –** Flow chart decision step that involves test results for up to 20 consecutive lots (which will include the last recorded result) plotted on control charts and histograms (See APPENDIX A) for evaluation. A process that is not capable shall be declared to the Contracting Officer immediately when results are known and will result in switching from process assessment status to conditional status or switching from conditional status to ineligible status when:

- The CPU values do not meet the levels specified in the table below;
- The CI values do not meet the levels specified in the table below for Salmonella or E. coli O157:H7;
- *Two results exceed any of the critical limits in the table below;* * or
- After 2 or more results, the CPU value is negative.*

* - Immediate action will be taken prior to completion of 20 lots.

**Conditional Status –** Ground Beef production lots with test results that equals or exceed any of the Critical Limits listed in the table below may not be used in ground beef that is delivered to USDA. To regain process assessment status, the contractor must have 20 consecutive results that meet the 'Process Capable?' criteria within 60 calendar days or in accordance with a production schedule pre-approved by the Contracting Officer after successfully implementing corrective actions. The contractor may also declare itself ineligible at any time.

**Ineligible Supplier/Contractor –** An ineligible Ground Beef Contractor will not be allowed to supply ground beef products under USDA contracts until corrective actions have been implemented, proven effective, and a satisfactory AMS assessment audit has been completed. *Once satisfactorily becoming eligible, subsequent production will be under* **Conditional Status.** The AMS Contracting Officer reserves the right to declare a ground beef contractor ineligible at any time.



| AMS MICROBIAL REQUIREMENTS FOR GROUND BEEF TABLE | | | |
|---|---|---|---|
| Microbial Test | Upper Specification Limits | Critical Limits | CI or CPU Value |
| Standard Plate Count | 100,000/gram | 500,000/gram | CPU $\geq$ 1 |
| Total *Coliforms* | 500/gram | 2,500/gram | CPU $\geq$ 1 |
| *E. coli* | 100/g | 1,000/gram | CPU $\geq$ 1 |
| Coagulase Positive *Staphylococci* | 500/gram | N/A | N/A |
| *Salmonella* | | Positive Results/25 grams | CI $\leq$ 0.05 |
| *E. coli* O157:H7 | | Positive Results/325 grams | CI $\leq$ 0.05 |

038

# APPENDIX D

## REQUIREMENTS FOR GROUND BEEF-IRRADIATED PRODUCTS

Ground Beef-Irradiated products shall be subjected to ionizing radiation from gamma ray, electron beam, or x-ray sources.  The following requirements are in addition to all requirements specified within this TRS.

Handling

Products shall be packaged and placed into shipping containers and frozen to 0°F within 72 hours from time of completion of the production lot prior to irradiation.  Products must be maintained in a frozen state from the time of leaving the shipping freezer and throughout the irradiation process.  After irradiation, the products must be palletized, reloaded, and dispatched to the final destination.

Dosimetry

Ground beef shall be subjected to ionizing radiation to receive a dosage that is no less than 1.35 kilograys (kGy) and no more than 3.00 kGy.  Irradiation facilities shall:

- Submit the initial dosimeter data verifying minimum and maximum dosages received within the technical proposal, and
- Maintain and provide confirmation dosimeter data to AMS upon request for each unit of ground beef irradiated.

Microbial Testing

Irradiated Ground Beef Products (patties and bulk) - shall be tested for Standard Plate Count, Total Coliforms, E. coli, and Coagulase Positive Staphylococci after final grinding and before freezing and tested for Salmonella and E. coli O157:H7 after completion of the irradiation process.

## APPENDIX E

### Glossary of Terms

**Statistical Process Control (SPC)** – SPC is the primary analysis tool of quality improvement. The objective of any quality improvement strategy is to identify and reduce the amount of variation. SPC analyzes the variation in a process and is the applied science that assists suppliers to collect, organize and interpret microbial and fat test results on processing of ground beef destined for USDA.

SPC provides tools to help measure, identify, and eliminate variation from customer requirements.

| Tools for Statistical Process Control | |
|---|---|
| Flow Charts | Scatter Diagrams |
| Pareto Diagrams | Run Charts |
| Cause and Effect Diagrams | Control Charts |
| Histograms | Capability Assessment |

**Flow Charts** – Flow charts depict all of the steps of a process. Standard symbols are used to identify the start, finish, processing steps and decision steps. It can be used to simplify a complex process so that it can be analyzed (Figure 1).

**Figure 1**

**Process** – For the purpose of this specification, a single process involves the input of a raw material on a production line with a value added activity resulting in a output that can is be further processed or meet a customer's need. A complex process involves output being another processes input. The production of ground beef is a complex process.





**Pareto Diagrams** – The Pareto diagram ranks the importance of different non-conformities. Typically, non-conformities are measured against frequency of occurrence. The Pareto analysis is helpful in identifying and justifying which problems will need to be solved first (see Figure 2).

**Figure 2**



**Cause and Effect Diagrams –** A cause and effect analysis is used to identify the cause or source of non-conformities. It categorizes the source as derived from impact on a process presented by Human, Machinery, Material, Methods, Environment, and Measurement (Test). The Cause and Effect Diagram will assist in evaluating a process and assigning the appropriate control point (see Figure 3).

**Figure 3**

**Control Charts** – A control chart is a run chart with statistically derived upper and lower control limits (ucl and lcl). The control chart demonstrates if a process is in statistical control. When properly designed, control charts provide an early warning of problems allowing for adjustments to be made before production of non-conforming products. We recommend microbial test results be plotted on control charts for individual measurements and fat test results be plotted on control charts featuring average and range of the fat test results (See Figure 4).

**Figure 4**



**Upper and lower control limits (ucl and lcl)** – Control limits are statistical calculations of the distribution of test results. Upper and lower control limits represent +/- 3 standard deviations of the process results. Data plotted outside the limits represent special causes of variation. A process may be considered "out of statistical control" when results are outside these limits. Upper and lower control limits are not to be confused with specification limits. A supplier wishing to be an eligible participant in the Ground Beef Program shall have a process that is capable of producing within the specification limits (See figure 4).

**Upper and lower specification limits** (USL and LSL) – Normally, the customer sets the specification limits. The objective of the Ground Beef Purchase Program is to procure from ground beef processors that are statistically capable of meeting the upper specification limits specified within the TRS-GB. The specification limits reflect customer needs (See Figure 5).

**Histograms** – The histogram shows a pictorial representation of the frequency of distribution of microbial test results over time. Sometimes referred to as process capability charts, histograms compare the distribution of the test results with AMS specification requirements. Use histograms along with control charts to better understand process capability (See Figure 5).



**Figure 5**

**Cpk** – Process Capability Value (Cpk) is a capability analysis index used to determine if a process can meet specification limits. A Cpk value of 1 indicates that the process is producing at least 99.73% within the specification limit. Cpk values of 1 for many organizations have become the minimum requirement. However, the larger the Cpk values the better. Cpk differs from other process capability analyses since it considers the process average along with the distribution of test results. Since there is no lower specification limit for USDA microbial requirements, the calculation for Cpk will not involve relating the process average with a lower specification limit.

**CPU** - Process Capability Value (CPU) is the same as Cpk except that there is no lower specification limit. The process performance index is correctly known as a Centered Process Capability Upper Specification Limit only (CPU) (See Figure 5).

**Process Capability Assessment on 20 consecutive lots** – For the purpose of this specification, process capability assessments are conducted on data results from each lot for fat and microbial requirements. A process assessment involves sampling and testing of 20 consecutive lots (which always includes the last recorded result). Information from each lot will be evaluated with information from the preceding 19 lots (i.e., while in process assessment of the first 20 lots, the process was found to be capable, then assessment will continue on lot numbers 2-21). This has often been referred to as a 'Rolling 20'. This assessment takes into account process variations that may be attributed to product, management, sources, and time.



**"Cleanup to cleanup"** - Part of a HACCP program that the establishment has in place to support statistically distinguishing one portion of production from another. "Cleanup to cleanup" may be an effective means of preventing cross contamination of one part of production to another with E. coli O157:H7. However, "cleanup to cleanup" without other supporting documentation may not be adequate to statistically distinguish one portion of production from another. If a sample analysis yields a positive result, any product produced in the same time frame with the same process or equipment is suspect, unless an intervention occurred that would indicate a change in the status of the process/equipment.

**Excellent Condition** - All product must be in excellent condition; e.g., exposed lean and fat surfaces shall be of a color and bloom normally associated with the class, grade, and cut of meat, and typical of meat which has been properly stored and handled. Cut surfaces and naturally exposed lean surfaces shall show no more than slight darkening or discoloration due to dehydration, aging, and/or microbial activity. The fat shall show no more than very slight discoloration due to oxidation or microbial activity. No odors foreign to fresh meat shall be present. Changes in color and odors characteristically associated with vacuum packaged meat in excellent condition shall be acceptable. Also, product shall show no evidence of mishandling. Beef must be maintained in excellent condition through processing, storage, and transit.

**Random Sampling** – A process of selecting a sample from a lot whereby each unit in the lot has an equal chance of being selected and is representative of the lot's production.

042

**EXHIBIT  2**

| List Of Contract Actions Matching Your Criteria | Results **1 - 30 of 133** as of Jan 29  2008 12 32 58 AM |
|---|---|

| Award ID (Mod#): | AG3J14120287111   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 16, 2008 | Action Obligation: | $230,400 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287103   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 10, 2008 | Action Obligation: | $2,053,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287071   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 05, 2007 | Action Obligation: | $323,600 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287058   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 29, 2007 | Action Obligation: | $414,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

1

| Award ID (Mod#): | AG3J14120287064  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 29, 2007 | Action Obligation: | $2,284,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287050  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 15, 2007 | Action Obligation: | $1,901,600 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287033  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 31, 2007 | Action Obligation: | $158,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287027  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 25, 2007 | Action Obligation: | $815,934 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120287017  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|

044

2

| | | | |
|---|---|---|---|
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 17, 2007 | **Action Obligation:** | $1,219,200 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120287004   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 11, 2007 | **Action Obligation:** | $2,531,340 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277425   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | September 26, 2007 | **Action Obligation:** | $630,800 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277416   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | September 15, 2007 | **Action Obligation:** | $1,503,600 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277395   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |

3

665

| | | | |
|---|---|---|---|
| Date Signed: | September 12, 2007 | Action Obligation: | $1,430,000 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277375  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 28, 2007 | Action Obligation: | $601,200 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277350  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 16, 2007 | Action Obligation: | $1,462,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277340  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 08, 2007 | Action Obligation: | $470,366.4 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277328  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 01, 2007 | Action Obligation: | $630,800 |

4

| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
|---|---|---|---|
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277319  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 25, 2007 | Action Obligation: | $1,015,980 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277304  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 18, 2007 | Action Obligation: | $235,200 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277294  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 11, 2007 | Action Obligation: | $1,492,381.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277280  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | June 26, 2007 | Action Obligation: | $609,200 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |

5

047

| | | | |
|---|---|---|---|
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277272   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | June 21, 2007 | **Action Obligation:** | $117,600 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277258   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | June 13, 2007 | **Action Obligation:** | $120,960 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277262   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | June 13, 2007 | **Action Obligation:** | $780,000 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120277255   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | June 07, 2007 | **Action Obligation:** | $1,547,805 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |

C 48

| | | | |
|---|---|---|---|
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277246  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | May 23, 2007 | Action Obligation: | $3,732,607.2 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277235  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | May 07, 2007 | Action Obligation: | $985,880 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277233  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | April 30, 2007 | Action Obligation: | $234,400 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277219  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | April 17, 2007 | Action Obligation: | $826,332 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |

7

C49

| Vendor State: | CA | Vendor ZIP: | 917105059 |
|---|---|---|---|

| Award ID (Mod#): | AG3J14120277215  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | April 12, 2007 | Action Obligation: | $610,381.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

**List Of Contract Actions Matching Your Criteria**  ·  **Results 31 - 60 of 133** as of Jan 29, 2008 12:37:18 AM

| Award ID (Mod#): | AG3J14120277208  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | April 04, 2007 | Action Obligation: | $103,064 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277203  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | March 27, 2007 | Action Obligation: | $602,393.4 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277191  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | March 14, 2007 | Action Obligation: | $413,168 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |

C050

| | | | |
|---|---|---|---|
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277193  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | March 14, 2007 | Action Obligation: | $508,540.2 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277180  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | March 01, 2007 | Action Obligation: | $2,959,395.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277165  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 15, 2007 | Action Obligation: | $748,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277169  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 15, 2007 | Action Obligation: | $2,403,235.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

9

| Award ID (Mod#): | AG3J14120277133  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 24, 2007 | Action Obligation: | $1,077,716 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277125  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 18, 2007 | Action Obligation: | $840,193.2 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277119  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 11, 2007 | Action Obligation: | $1,438,000 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120277098  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 15, 2006 | Action Obligation: | $1,245,200 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | DJBLOXGA410039  ( 0 )   (View) | Award Type: | Purchase Order |
|---|---|---|---|

10

C52

| | | | |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | FEDERAL PRISON SYSTEM |
| Date Signed: | December 11, 2006 | Action Obligation: | $26,800 |
| Referenced IDV: | | Contracting Office: | LOMPOC, USP |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277085  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 08, 2006 | Action Obligation: | $731,103 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277065  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 17, 2006 | Action Obligation: | $456,000 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277063  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 16, 2006 | Action Obligation: | $1,538,092 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277050  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |

C53

11

| | | | |
|---|---|---|---|
| Date Signed: | November 09, 2006 | Action Obligation: | $1,543,411.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277043   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 01, 2006 | Action Obligation: | $851,244 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277030   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 27, 2006 | Action Obligation: | $682,831.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277017   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 19, 2006 | Action Obligation: | $1,107,320 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120277010   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 13, 2006 | Action Obligation: | $1,216,719 |

054

| | | | |
|---|---|---|---|
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267353   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 25, 2006 | Action Obligation: | $898,400 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267346   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 20, 2006 | Action Obligation: | $185,022.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267336   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 14, 2006 | Action Obligation: | $1,126,180 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267314   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 31, 2006 | Action Obligation: | $289,980 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |

13

| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120267300  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 24, 2006 | Action Obligation: | $1,773,114 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120267292  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 16, 2006 | Action Obligation: | $513,004 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AGEJ14120267272  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 02, 2006 | Action Obligation: | $392,216 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120267263  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 27, 2006 | Action Obligation: | $1,097,632.2 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) | PSC (Code): | MEAT, POULTRY, AND FISH ( |

14

| | | | |
|---|---|---|---|
| | SLAUGHTERING ( 311611 ) | | 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267247  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 19, 2006 | Action Obligation: | $1,031,636 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| List Of Contract Actions Matching Your Criteria | | Results 61 - 90 of 133 as of Jan 29, 2008 12 37 18 AM | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267216  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | June 20, 2006 | Action Obligation: | $2,740,344.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |
| Award ID (Mod#): | AG3J14120267205  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | June 07, 2006 | Action Obligation: | $2,861,817 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |
| Award ID (Mod#): | AG3J14120267194  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | May 25, 2006 | Action Obligation: | $54,676 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |

057

| | | | |
|---|---|---|---|
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267186   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | April 19, 2006 | Action Obligation: | $317,052 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267184   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | April 04, 2006 | Action Obligation: | $1,237,036 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267181   ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | March 29, 2006 | Action Obligation: | $290,920 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267163   ( 0 )   (View) | Award Type: | Purchase Order |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 15, 2006 | Action Obligation: | $62,400 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) | PSC (Code): | MEAT, POULTRY, AND FISH ( |

058

| | | | |
|---|---|---|---|
| | SLAUGHTERING ( 311611 ) | | 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120267166  ( 0 )  (View) | **Award Type:** | Purchase Order |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | February 15, 2006 | **Action Obligation:** | $2,034,681 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120267148  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | January 31, 2006 | **Action Obligation:** | $2,348,001.6 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120267125  ( 0 )  (View) | **Award Type:** | Purchase Order |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | January 18, 2006 | **Action Obligation:** | $2,024,173 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | 120267119  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | January 11, 2006 | **Action Obligation:** | $225,852 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |

059

| | | | |
|---|---|---|---|
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267091  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 13, 2005 | Action Obligation: | $2,353,730.4 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120267080  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 06, 2005 | Action Obligation: | $556,604 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267057  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 16, 2005 | Action Obligation: | $5,368,410.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267060  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 16, 2005 | Action Obligation: | $410,823.99 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |

18

060

| | | | |
|---|---|---|---|
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267050  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 09, 2005 | Action Obligation: | $277,948 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267033  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 27, 2005 | Action Obligation: | $1,436,664.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267020  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 18, 2005 | Action Obligation: | $717,754 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267014  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 13, 2005 | Action Obligation: | $830,764 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

061

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267012  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 13, 2005 | Action Obligation: | $1,689,084 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120267004  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 07, 2005 | Action Obligation: | $479,572.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120257378  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 27, 2005 | Action Obligation: | $1,038,084.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120257366  ( 0 )  (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 20, 2005 | Action Obligation: | $549,652 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

CG2

| Award ID (Mod#): | A63J14120257355  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 14, 2005 | Action Obligation: | $122,992.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| Award ID (Mod#): | A63J14120257338  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 08, 2005 | Action Obligation: | $463,792 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| Award ID (Mod#): | A63J14120257322  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 30, 2005 | Action Obligation: | $967,591.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| Award ID (Mod#): | A63J14120257295  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 16, 2005 | Action Obligation: | $1,054,036.2 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| Award ID (Mod#): | A63J14120257281  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|

21

663

| | | | |
|---|---|---|---|
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | August 03, 2005 | **Action Obligation:** | $3,055,416 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120257270  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | July 26, 2005 | **Action Obligation:** | $669,376 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257265  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | July 19, 2005 | **Action Obligation:** | $612,507 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| List Of Contract Actions Matching Your Criteria | Results 91 - 120 of 133 as of Jan 29, 2008 12:38:04 AM |
|---|---|

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257245  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | July 12, 2005 | **Action Obligation:** | $625,548 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257237  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |

22

664

| | | | |
|---|---|---|---|
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | July 08, 2005 | **Action Obligation:** | $837,068.4 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257230  ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | May 31, 2005 | **Action Obligation:** | $1,475,258.4 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257226  ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | May 24, 2005 | **Action Obligation:** | $1,281,616 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257217  ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | May 19, 2005 | **Action Obligation:** | $697,720.8 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917100505 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | A63J14120257210  ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY | **Contracting** | AGRICULTURAL MARKETING |

23

|  |  |  |  |
|---|---|---|---|
|  | INCORPORATED | Agency: | SERVICE |
| Date Signed: | March 29, 2005 | Action Obligation: | $320,120 |
| Referenced IDV: |  | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917100505 |

| Award ID (Mod#): | A63J14120257191  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 08, 2005 | Action Obligation: | $2,400,791.4 |
| Referenced IDV: |  | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | A63J14120257170  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 25, 2005 | Action Obligation: | $4,199,911.8 |
| Referenced IDV: |  | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | A63J14120257164  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 19, 2005 | Action Obligation: | $575,600 |
| Referenced IDV: |  | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | A63J14120257146  ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |

006

| | | | |
|---|---|---|---|
| Date Signed: | January 11, 2005 | Action Obligation: | $2,966,880 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120257128  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 14, 2004 | Action Obligation: | $465,091 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120257111  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 07, 2004 | Action Obligation: | $2,446,656 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120257104  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 01, 2004 | Action Obligation: | $2,626,512 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | A63J14120257082  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 16, 2004 | Action | $58,000 |

25

| | | | |
|---|---|---|---|
| | | **Obligation:** | |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120257043   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 26, 2004 | **Action Obligation:** | $6,230,817.6 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120257039   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 21, 2004 | **Action Obligation:** | $125,752 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120257023   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 13, 2004 | **Action Obligation:** | $2,013,845.4 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120257005   ( 0 )   (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 06, 2004 | **Action Obligation:** | $128,472 |

26

| | | | |
|---|---|---|---|
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247339  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 28, 2004 | Action Obligation: | $2,170,980 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247332  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 23, 2004 | Action Obligation: | $1,044,360 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247307  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 09, 2004 | Action Obligation: | $421,200 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247293  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | September 01, 2004 | Action Obligation: | $1,954,587.6 |
| Referenced IDV: | | Contracting | AGRICULTURAL MARKETING |

27

| | | | |
|---|---|---|---|
| | | Office: | SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247261 ( 0 ) (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 17, 2004 | Action Obligation: | $2,541,105 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247248 ( 0 ) (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 10, 2004 | Action Obligation: | $770,956 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247233 ( 0 ) (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | August 04, 2004 | Action Obligation: | $2,171,001 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247215 ( 0 ) (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 29, 2004 | Action Obligation: | $1,041,552 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |

C70

| | | | |
|---|---|---|---|
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247209  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 21, 2004 | Action Obligation: | $1,003,128 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247188  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | July 09, 2004 | Action Obligation: | $2,134,347.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247169  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | May 18, 2004 | Action Obligation: | $1,932,873.6 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247158  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 18, 2004 | Action Obligation: | $817,740 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) | PSC (Code): | MEAT, POULTRY, AND FISH ( |

| | SLAUGHTERING ( 311611 ) | | 8905 ) |
|---|---|---|---|
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

**List Of Contract Actions Matching Your Criteria**     Results **121 - 133** of **133** as of Jan 29, 2008 12:38:59 AM

| Award ID (Mod#): | AG3J14120247157  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 18, 2004 | Action Obligation: | $650,500.2 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247149  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | February 10, 2004 | Action Obligation: | $46,940 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247140  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 28, 2004 | Action Obligation: | $201,972 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247129  ( 0 )  (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 21, 2004 | Action Obligation: | $1,671,566.4 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |

30

C72

| | | | |
|---|---|---|---|
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247121  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 14, 2004 | Action Obligation: | $438,828 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247109  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | January 07, 2004 | Action Obligation: | $947,977.8 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247098  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 16, 2003 | Action Obligation: | $186,000 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| | | | |
|---|---|---|---|
| Award ID (Mod#): | AG3J14120247089  ( 0 )   (View) | Award Type: | Stand Alone Contract |
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | December 09, 2003 | Action Obligation: | $1,614,732 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) | PSC (Code): | MEAT, POULTRY, AND FISH ( |

31

C73

|  |  |  |  |
|---|---|---|---|
|  | SLAUGHTERING ( 311611 ) | | 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247062   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | November 12, 2003 | Action Obligation: | $2,254,064.4 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247035   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 28, 2003 | Action Obligation: | $1,320,816 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247026   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 21, 2003 | Action Obligation: | $314,000 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |
| Vendor City: | CHINO | Vendor DUNS: | 6178038120000 |
| Vendor State: | CA | Vendor ZIP: | 917105059 |

| Award ID (Mod#): | AG3J14120247009   ( 0 )   (View) | Award Type: | Stand Alone Contract |
|---|---|---|---|
| Vendor Name: | WESTLAND MEAT COMPANY INCORPORATED | Contracting Agency: | AGRICULTURAL MARKETING SERVICE |
| Date Signed: | October 08, 2003 | Action Obligation: | $1,243,800 |
| Referenced IDV: | | Contracting Office: | AGRICULTURAL MARKETING SERVICE |
| NAICS (Code): | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | PSC (Code): | MEAT, POULTRY, AND FISH ( 8905 ) |

32

C74

| | | | |
|---|---|---|---|
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | AG3J14120247005  ( 0 )  (View) | **Award Type:** | Stand Alone Contract |
| **Vendor Name:** | WESTLAND MEAT COMPANY INCORPORATED | **Contracting Agency:** | AGRICULTURAL MARKETING SERVICE |
| **Date Signed:** | October 03, 2003 | **Action Obligation:** | $1,181,392.8 |
| **Referenced IDV:** | | **Contracting Office:** | AGRICULTURAL MARKETING SERVICE |
| **NAICS (Code):** | ANIMAL (EXCEPT POULTRY) SLAUGHTERING ( 311611 ) | **PSC (Code):** | MEAT, POULTRY, AND FISH ( 8905 ) |
| **Vendor City:** | CHINO | **Vendor DUNS:** | 6178038120000 |
| **Vendor State:** | CA | **Vendor ZIP:** | 917105059 |

C75