||||
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>             Plaintiffs,<br><br>  v.<br><br>HALLMARK MEAT PACKING COMPANY; WESTLAND MEAT COMPANY, INC., M & M MANAGEMENT, LLC, CATTLEMAN'S CHOICE, INC., DONALD W. HALLMARK, DONALD R. HALLMARK, STEVE MENDELL, WALTER S. WEISS as executor of the ARNIE MAGIDOW, and JOANN MAGIDOW<br><br>             Defendants. | Case No. EDCV 08-00221-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Cross-Complaint filed by Defendants and Cross-Claimants Hallmark Meat Packing Company, Donald W. Hallmark, and Donald R. Hallmark is DISMISSED WITH PREJUDICE as to Cross-Defendants Steve Mendell, M & M

Management, LLC, and Westland Meat Company, Inc. The Court orders that such judgment be entered.

Dated: December 21, 2010

                                        VIRGINIA A. PHILLIPS
                                  United States District Judge