# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Humane Society of the United States <br><br> PLAINTIFF(S) <br> v. <br> Hallmark Meat Packing Company, et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> EDCV08-00221-VAP(OPx) <br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

    It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Hallmark Meat Packing Company

Clerk, U. S. District Court

4/11/2013
Date

By A. Duke
Deputy Clerk

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)