# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>                    Plaintiffs,<br>     vs.<br><br>WESTLAND/HALLMARK MEAT COMPANY, et. al.,<br>                    Defendants. | Case No.: EDCV 08-0221 VAP (OPX)<br><br>**FINAL JUDGMENT ON CONSENT AS TO WESTLAND MEAT COMPANY, INC.** |

CONSENT JUDGMENT AS TO WESTLAND MEAT COMPANY, INC.

This matter, having come on for consideration upon the Second Amended Complaint in Intervention filed by plaintiff the United States of America, acting through the United States Department of Justice ( the "United States"), for certain claims of relief against defendant Westland Meat Company, Inc. ("Westland") and other parties, including violations of False Claims Act, 31 U.S.C. §§ 3729 *et seq.*; and Westland having stipulated to the entry of judgment against it, under the terms provided herein;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over this action under the laws of the United States, 28 U.S.C. §1345 and 31 U.S.C. § 3732 and over the parties to this action.

2. Venue lies with this Court pursuant to 28 U.S.C. § 1391(b).

3. On February 19, 2008, the Humane Society of the United States ("HSUS") commenced this action by filing a complaint in the United States District Court for the Central District of California pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b) (the "Civil Action").

4. On April 20, 2009, the United States intervened in the Civil Action. Thereafter, the United States filed the following complaints in intervention: United States' Complaint in Intervention, dated August 21, 2009 (ECF Doc. No. 22); United States' First Amended Complaint in Intervention, dated March 29, 2010 (ECF Doc. No. 43); and the United States' Second Amended Complaint in Intervention, dated December 15, 2010 (ECF Doc. No. 167) (the "Complaint").

5. The parties have reached a settlement in principle and, in consideration for and as one of the material terms of the settlement, Westland has consented to entry of this Judgment pursuant to the terms hereof.

6.  Judgment is hereby entered against Westland in the amount of $155,684,827.13.

7.  This Judgment is not, and shall not be, intended or construed as an admission by Westland of any facts, claims or allegations in the Complaint.

8.  This Judgment shall not be used, and is prohibited from being used, as evidence of liability or admission of any facts, claims or allegations with respect to Westland or any other defendant in this Civil Action, or in any other legal and/or administrative proceeding that may be brought by the United States or any other person or entity in any other action, regardless of forum and whether related and/or unrelated to the facts, claims and/or allegations in the Complaint.

9.  The Plaintiffs may not collect this judgment against any named defendant other than Westland Meat Company, Inc.  The Plaintiffs, jointly and severally, waive and disclaim any and all rights that they, collectively or individually, may have to pursue any collection actions against any named defendant other than Westland Meat Company, Inc., on any theory, including, but not limited to, alter ego, secondary liability, derivative liability, and/or joint venture liability.

IT IS SO ORDERED.

Dated this _____ day of _____, 2013.

BY THE COURT:

_____
United States District Judge

CONSENT JUDGMENT AS TO WESTLAND MEAT COMPANY, INC.

EXHIBIT E TO SETTLEMENT AGREEMENT

APPROVED AS TO FORM AND CONTENT:

WESTLAND MEAT COMPANY, INC.

DATED: 10/07, 2013        BY: _____
                              STEVE MENDELL
                              President


DATED: _____, 2013    BY: _____
                              MARK R. TROY
                              Counsel for Defendant Westland
                              Meat Company, Inc.


THE HUMANE SOCIETY OF THE UNITED STATES

DATED: _____, 2013    BY: _____
                              JONATHAN R. LOVVORN
                              Senior Vice President


DATED: _____, 2013    BY: _____
                              DAVID S. COHEN
                              Counsel for The Humane Society
                              of the United States

EXHIBIT E TO SETTLEMENT AGREEMENT

```
 1                APPROVED AS TO FORM AND CONTENT:
 2
 3                    WESTLAND MEAT COMPANY, INC.
 4
 5
 6   DATED:_____, 2013        BY: _____
 7                                   STEVE MENDELL
                                     President
 8
 9
10   DATED: Oct 4 , 2013         BY: _____
                                     MARK R. TROY
11                                   Counsel for Defendant Westland
                                     Meat Company, Inc.
12
13
14                    THE HUMANE SOCIETY OF THE UNITED STATES
15
16
17   DATED:_____, 2013        BY: _____
                                     JONATHAN R. LOVVORN
18                                   Senior Vice President
19
20
21   DATED:_____, 2013        BY: _____
                                     DAVID S. COHEN
22                                   Counsel for The Humane Society
                                     of the United States
23
```

APPROVED AS TO FORM AND CONTENT:

WESTLAND MEAT COMPANY, INC.

DATED: _____, 2013      BY: _____
                                  STEVE MENDELL
                                  President


DATED: _____, 2013      BY: _____
                                  MARK R. TROY
                                  Counsel for Defendant Westland
                                  Meat Company, Inc.


THE HUMANE SOCIETY OF THE UNITED STATES


DATED: 6/11, 2013            BY: _____
                                  JONATHAN R. LOVVORN
                                  Senior Vice President


DATED: _____, 2013      BY: _____
                                  DAVID S. COHEN
                                  Counsel for The Humane Society
                                  of the United States

APPROVED AS TO FORM AND CONTENT:

WESTLAND MEAT COMPANY, INC.

DATED: _____, 2013    BY: _____
                                        STEVE MENDELL
                                        President

DATED: _____, 2013    BY: _____
                                        MARK R. TROY
                                        Counsel for Defendant Westland
                                        Meat Company, Inc.

THE HUMANE SOCIETY OF THE UNITED STATES

DATED: _____, 2013    BY: _____
                                        JONATHAN R. LOVVORN
                                        Senior Vice President

DATED: 11/22, 2013    BY: /s/ David S. Cohen (SMC)
                                        DAVID S. COHEN
                                        Counsel for The Humane Society
                                        of the United States

THE UNITED STATES OF AMERICA

DATED: October 1, 2013            BY: _____
                                       KAVITHA J. BABU
                                       Trial Attorney
                                       United States Department of Justice

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        MILBANK, TWEED, HADLEY & McCLOY LLP
        601 South Figueroa Street, 30th Floor
        Los Angeles, CA 90017
        Telephone: (213) 892-4000
        Facsimile: (213) 629-5063

Dated: Nov. 27, 2013

By: /s/ Alisa Schlesinger
      Alisa Schlesinger

-1-
CERTIFICATE OF SERVICE FOR CONSENT JUDGMENT AS TO WESTLAND MEAT COMPANY, INC.