STUART F. DELERY
Assistant Attorney General
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
WENDY L. WEISS
Chief, Civil Fraud Section
DAVID K. BARRETT (Cal. Bar No. 149882)
Deputy Chief, Civil Fraud Section
JOHN LEE (Cal. Bar No. 128696)
Assistant United States Attorneys
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0522/3995
    Facsimile:  (213) 894-5139/2380
    E-mail:    David.Barrett@usdoj.gov
               John.Lee2@usdoj.gov
MICHAEL D. GRANSTON
MICHAL TINGLE
ALAN S. GALE
KAVITHA J. BABU
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6296
    Fax:       (202) 616-3085
    E-mail:    Alan.Gale@usdoj.gov
               Kavitha.J.Babu@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>            Plaintiffs,<br><br>     v.<br><br>WESTLAND/HALLMARK MEAT COMPANY, et al.,<br><br>            Defendants. | No. ED CV 08-0221 VAP (OPx)<br><br>ORDER OF DISMISSAL OF ACTION AS TO ALL DEFENDANTS EXCEPT DEFENDANT WESTLAND MEAT COMPANY, INC.<br><br>[JOINT STIPULATED REQUEST FILED CONCURRENTLY HEREWITH] |

1

Plaintiff United States of America ("the United States"); qui tam plaintiff The Humane Society of the United States ("HSUS"); and defendants Anthony Magidow, as administrator with will annexed of the Estate of Aaron Magidow a/k/a Arnie Magidow ("Magidow Estate Administrator"); Cattleman's Choice, Inc. ("Cattleman's"); M&M Management, LLC ("M&M"); and JoAnn Magidow ("Mrs. Magidow") (the Magidow Estate Administrator, Cattleman's, M&M, and Mrs. Magidow are hereafter collectively referred to as "the Magidow Defendants"); Westland Meat Company, Inc. ("Westland"); and Steve Mendell ("Mendell") have jointly requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and in accordance with and subject to the settlement agreement among these parties ("the Settlement Agreement"), that the action against all defendants except Westland be dismissed, and good cause appearing,

IT IS ORDERED that:

1.   As to the Magidow Defendants, the above-entitled action is dismissed with prejudice, subject to the terms of the Settlement Agreement;

2.   As to Mendell, the above-entitled action is dismissed with prejudice, subject to the terms of the Settlement Agreement;

3.   As to defendants Westland/Hallmark Meat Company, Hallmark Meat Packing Company, Westland Meat Co.–J.V., and Does 1 through 3, the above-entitled action is dismissed without prejudice as to the United States and with prejudice as to HSUS, subject to the terms of the Settlement Agreement; and

 4. Except as provided by the Settlement Agreement, each party shall bear its, his or her own costs of suit.

DATED: _December 03, 2013_      _____
                                HON. VIRGINIA A. PHILLIPS
                                United States District Judge