1

2

3

4

5                                        JS-6

6

7

8                  **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE HUMANE SOCIETY OF THE UNITED STATES, | Case No.:  EDCV 08-0221 VAP (OPX) |
| Plaintiffs, vs. | **FINAL JUDGMENT ON CONSENT AS TO WESTLAND MEAT COMPANY, INC.** |
| WESTLAND/HALLMARK MEAT COMPANY, et. al., Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2      This matter, having come on for consideration upon the Second

3  Amended Complaint in Intervention filed by plaintiff the United States of

4  America, acting through the United States Department of Justice ( the "United

5  States"), for certain claims of relief against defendant Westland Meat Company,

6  Inc. ("Westland") and other parties, including violations of False Claims Act, 31

7  U.S.C. §§ 3729 *et seq.*; and Westland having stipulated to the entry of judgment

8  against it, under the terms provided herein;

9

10  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

11

12      1.     This Court has jurisdiction over this action under the laws of the

13  United States, 28 U.S.C. §1345 and 31 U.S.C. § 3732 and over the parties to this

14  action.

15      2.     Venue lies with this Court pursuant to 28 U.S.C. § 1391(b).

16      3.     On February 19, 2008, the Humane Society of the United States

17  ("HSUS") commenced this action by filing a complaint in the United States

18  District Court for the Central District of California pursuant to the *qui tam*

19  provisions of the False Claims Act, 31 U.S.C. § 3730(b)  (the "Civil Action").

20      4.     On April 20, 2009, the United States intervened in the Civil Action.

21  Thereafter, the United States filed the following complaints in intervention: United

22  States' Complaint in Intervention, dated August 21, 2009 (ECF Doc. No. 22);

23  United States' First Amended Complaint in Intervention, dated March 29, 2010

24  (ECF Doc. No. 43); and the United States' Second Amended Complaint in

25  Intervention, dated December 15, 2010 (ECF Doc. No. 167) (the "Complaint").

26      5.     The parties have reached a settlement in principle and, in

27  consideration for and as one of the material terms of the settlement, Westland has

28  consented to entry of this Judgment pursuant to the terms hereof.

6.     Judgment is hereby entered against Westland in the amount of $155,684,827.13.

7.     This Judgment is not, and shall not be, intended or construed as an admission by Westland of any facts, claims or allegations in the Complaint.

8.     This Judgment shall not be used, and is prohibited from being used, as evidence of liability or admission of any facts, claims or allegations with respect to Westland or any other defendant in this Civil Action, or in any other legal and/or administrative proceeding that may be brought by the United States or any other person or entity in any other action, regardless of forum and whether related and/or unrelated to the facts, claims and/or allegations in the Complaint.

9.     The Plaintiffs may not collect this judgment against any named defendant other than Westland Meat Company, Inc.  The Plaintiffs, jointly and severally, waive and disclaim any and all rights that they, collectively or individually, may have to pursue any collection actions against any named defendant other than Westland Meat Company, Inc., on any theory, including, but not limited to, alter ego, secondary liability, derivative liability, and/or joint venture liability.


IT IS SO ORDERED.


Dated this _2d_ day of December, 2013.

BY THE COURT:

_Virginia A. Phillips_

United States District Judge

CONSENT JUDGMENT AS TO WESTLAND MEAT COMPANY, INC.

1    APPROVED AS TO FORM AND CONTENT:

2

3                    WESTLAND MEAT COMPANY, INC.

4

5

6    DATED:_____, 2013          BY: _____
                                         STEVE MENDELL
7                                        President

8

9

10   DATED:_____, 2013          BY: _____
                                         MARK R. TROY
11                                       Counsel for Defendant Westland
                                         Meat Company, Inc.
12

13

14                   THE HUMANE SOCIETY OF THE UNITED STATES

15

16

17   DATED:_____, 2013          BY: _____
                                         JONATHAN R. LOVVORN
18                                       Senior Vice President

19

20

21   DATED:_____, 2013          BY: _____
                                         DAVID S. COHEN
22                                       Counsel for The Humane Society
                                         of the United States
23

24

25

26

27

28

-3-
CONSENT JUDGMENT AS TO WESTLAND MEAT COMPANY, INC.

1          THE UNITED STATES OF AMERICA

2

3      DATED: _____, 2013          BY: _____
                                            DAVID K. BARRETT
4                                           Assistant United States Attorney
                                            Central District of California
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-